# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

# FILED
### MAR 2 4 2010
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

-------------------------------------------------------------x
In the Quo Warranto and Qui Tam matter of the §
  United States of America (USA) and ex relator §
**Christopher-Earl: Strunk in esse,** §
593 Vanderbilt Avenue - #281
Brooklyn., New York 11238
(845) 901-6767  Email: chris@strunk.ws

              **Interpleade**

**v.**

§
**Barack Hussein Obama (a.k.a Barry Soetoro)** §
c/o The White House §
1600 Pennsylvania Avenue, N.W. §
Washington, District of Columbia  20500; §
**Obama for America** by Martin H. Nesbitt, Treas. §
PO Box 8102  Chicago, IL 60680; §
**Obama Victory Fund** by Andrew Tobias, Treas. §
  430 South Capitol Street SE Washington DC 20003; §
**Federal Election Commission (FEC),** 999 E Street §
N.W. Washington D.C. 20463; §
**U.S. Department of Homeland Security (DHS)** §
Washington Navy Yard Bldg 410, §
245 Murray Drive W.S.W. Washington DC 20528 §
**U.S. Department of Treasury (DOT)** §
1500 Pennsylvania Avenue N.W. §
Washington, DC 20220;  and §
**John and Jan Doe(s); XYZ Entities** §
§
              **Defendants.** §
-------------------------------------------------------------x

**Civil Action:**

**Case: 1:10-cv-00486**
**Assigned To : Lamberth, Royce C.**
**Assign. Date : 3/24/2010**
**Description: Pro Se Gen. Civil**

~~INTERPLEADER~~ 

**VERIFIED**

**COMPLAINT**

**FOR QUO WARRANTO**

**INQUEST AND JURY**

**TRIAL ON DAMAGE**

**RECOVERY**

**INTRODUCTION**: Ex-relator-Interpleader Christopher-Earl: Strunk in esse (Strunk), is self-represented without being an attorney, having petitioned on January 29, 2010 to intervene with FRCvP Rule 19(a) and Rule 24 in the Quo Warranto matter with FRCvP Rule 81 (A) (2)  as the USA and ex-relator plaintiff to supplement the Verified Petition filed January 27, 2010 (the Petition) by Dr. Orly Taitz, D.D.S. J.D. who is self represented (Taitz, Plaintiff) in *Taitz v. Obama* DCD 10-cv-00151 (RCL) with a different injury and damages, in which both are

*interested person(s)* wishing statutory and Constitutional remedies / relief with claims against similar funds controlled by Defendant Barack Hussein Obama (a.k.a. Barry Soetoro) and or his agents; and that with FRCvP Rule 22 Interpleader Strunk hereby adds Supplemental Defendants *Obama for America*, *Obama Victory Fund*, Federal Election Commission (FEC), U.S. Department of Homeland Security (DHS), U.S. Department of Treasury (DOT) and various John and Jane Doe(s), XYZ Entities as material parties in interest, and in that regard the Strunk motion to intervene inter alia sought with FRCvP Rule 15(d) to supplement the Taitz's Petition with the Strunk's Verified Complaint with two (2) causes of action affirmed May 19, 2009 (See **Exhibit 1 with Sub-Exhibits A through B**) that was duly served upon the Defendant Barack Hussein Obama (a.k.a. Barry Soetoro), first offered to Jeffery Taylor the U.S. Attorney for Washington District of Columbia and Eric Holder the U.S. Attorney General in official capacity did not respond, defer to Strunk's ex-relator further action and inquest with DC Code Chapter 35 Title 16 §3503. That Strunk with FRCvP Rule 22 hereby makes this Interpleader Verified Complaint to supplement Plaintiff's Petition and the Verified Complaint shown as Exhibit 1 with additional Causes of action, in which Ex-relator Strunk wishes a partial summary judgment with FRCvP Rule 56(d) for a Declaratory Judgment with 28 USC §2201 and §2202 as to the legal controlling facts in this case of Defendant Obama's admitted *Dual Allegiance* at birth without two U.S. Citizen parents (See **Exhibit 2**) contrary to the U.S. Constitution Article 2 Section 1 Clause 5, as a matter of first impression Defendant Obama is not a natural-born citizen and therefore is ineligible to be the Chief Law Enforcement administrator and trustee of the office of the President of the United States (POTUS) and or of Strunk's grant of power of attorney over personal accounts and matters. Further, because the Usurper action(s) are thus void ab initio as to the incapacity to effect the duties of the POTUS, Ex-relator(s) requires a Writ of Mandamus directive to the Congress and the President of the Senate Joseph Biden as to Article 2 Section 1 Clause 6 and 25th Amendment of Article 7 under the separation of powers doctrine; and further,

notwithstanding the FRCvP Rule 56(d) Declaratory Judgment, Ex-relator(s) require with 28 USC §1361 a writ of mandamus of: (i) DHS to ascertain the facts of Obama's alleged born in Mombasa Kenya under penalty of perjury by Lucas Smith (See **Exhibit 3**); (ii) FEC / DOT ascertain facts of foreign contributors to any and all Obama campaign committees including Obama for America, Obama Victory Fund, and others;  (iii) FEC / DOT ascertain facts for a full accounting on all monies paid to Obama, the various Campaign committees, agents and or John Docs(s) Jane Doe(s) and or XYZ entities conspiring as defined with 42 USC §1971, 42 USC §1983, §1985, §1986, the False Claims Act with 31 U.S.C. § 3729–3733 and related law in entirety; and (iv) with FRCvP Rule 65 and LCvR 65.1 a TRO restraining Defendant Obama, the Supplemental Defendants Obama for America, Obama Victory Fund and or agents use of any account(s) to be placed under the control and investigation of a court appointed special master with FRCvP Rule 53(a)(b) to ascertain facts of wrong doing for a jury trial on Interpleader injuries, complains of Defendants with:

### JURISDICTION

1.  Pursuant of the above Introduction, Jurisdiction would be had as Ex-Relator(s) are plaintiffs and or with FRCvP Rule 22 an Interpleader Ex-relator with 28 USC § 1345 in which the United States is in fact plaintiff - Except as otherwise provided by Act of Congress, the district courts shall have original jurisdiction of all civil actions, suits or proceedings commenced by the United States, or by any agency or officer thereof expressly authorized to sue by Act of Congress; and that this case is also done with 28 USC §1343 as a Civil rights and elective franchise, in which **(a)** The district courts shall have original jurisdiction of any civil action authorized by law to be commenced by any person: **(1)** To recover damages for injury to his person or property, or because of the deprivation of any right or privilege of a citizen of the United States, by any act done in furtherance of any conspiracy mentioned in section 1985 of

Title 42;  **(2)** To recover damages from any person who fails to prevent or to aid in preventing

any wrongs mentioned in section 1985 of Title 42 which he had knowledge were about to occur

and power to prevent;  **(3)** To redress the deprivation, under color of any State law, statute,

ordinance, regulation, custom or usage, of any right, privilege or immunity secured by the

Constitution of the United States or by any Act of Congress providing for equal rights of citizens

or of all persons within the jurisdiction of the United States;  **(4)** To recover damages or to secure

equitable or other relief under any Act of Congress providing for the protection of civil rights,

including the right to vote; that **(b)** For purposes of this section— **(1)** the District of Columbia

shall be considered to be a State; and **(2)** any Act of Congress applicable exclusively to the

District of Columbia shall be considered to be a statute of the District of Columbia; and as with

State Action in Washington DC with 42 USC §1983 that with 28 USC §1344 in this post

Election dispute, the district court shall have original jurisdiction of any civil action to recover

possession of any office, except that of elector of President or Vice President, United States

Senator, Representative in or delegate to Congress, or member of a state legislature, authorized

by law to be commenced, where in it appears that the sole question touching the title to office

arises out of denial of the right to vote, to any citizen offering to vote, on account of race, color

or previous condition of servitude, in that the jurisdiction under this section shall extend only so

far as to determine the rights of the parties to office by reason of the denial of the right,

guaranteed by the Constitution of the United States and secured by any law, to enforce the right

of citizens of the United States to vote in all the States; and that with 28 USC §1357 for injuries

under Federal laws, the district court shall have original jurisdiction of any civil action

commenced by any person to recover damages for any injury to his person or property on

account of any act done by him, under any Act of Congress, for the protection or to enforce the

right of citizens of the United States to vote in any State; and with 28 USC §1361, this action to

compel an officer of the United States to perform his duty, provides that the district court shall

have original jurisdiction of any action in the nature of mandamus to compel an officer or employee of the United States or any agency thereof to perform a duty owed to the Interpleader; and that with 42 USC §1985 for Conspiracy to interfere with civil rights; and with the U.S. Constitution in its entirety especially Article 2 Section 1 with related State Law as applies to appointment of an electoral college in each state, and the remedy available using the Fourteenth Amendment for violation of rights and liberty associated with the first 10 Amendments of Article 7, and the relief that shall be provided with the 25th Amendment.

## VENUE

**2.** Pursuant of the above Introduction, Venue is properly had in this particular District Court for the District of Columbia that affords the proper venue under 28 USC §1391 (e) (1) for this action in that Defendant in esse is usurping the Corporate office of the President of the United States of America (POTUS) located within the District of Columbia and the failure of the Defendant in esse to act in good faith with his corporate duty within the District of Columbia; in that Interpleader Ex-Relator(s) Petition demands *the Quo Warranto Act* mandates with the DC Code Chapter 35 Title 16 §3503 that this Court create an inquest / jury trial to determine the issue of facts: (i) whether or not both his parents were United States' Citizens at his birth; (ii) Obama cover-up, and thereafter, a jury trial on the facts of the injury and damages that the Court as a matter of first impression must determine the law as to what is the natural-born-citizen requirement of Article 2 Section 1 Clause 5 of the United States' Constitution.

## PARTIES

3. That Plaintiff in DCD 10-cv-00151 is Orly Taitz in esse, hereinafter "Taitz.", with place for service located at 29839 Santa Margarita Parkway, STE 100 Rancho Santa Margarita CA 92688 Tel: (949) 683-5411; Fax (949) 766-7603, E-Mail: dr taitz@yahoo.com

4.  The Plaintiff is a resident of California and president of the Defend Our Freedoms foundation. She is a Doctor of Jurisprudence and a Doctor of Dental Surgery. Through her foundation, she has popularized Constitution and fought violations of Constitution and civil liberties of U.S. citizens. As part of her work, she has filed numerous legal actions, representing over 200 US citizens: State Representatives of different states, candidates on the ballot and high ranked members of US military. Her clients are seeking release of original vital records of Barack Hussein Obama, to see if he is eligible for US presidency. As of now in spite of over 100 legal actions filed all over the Nation by some 13 licensed attorneys and numerous pro se plaintiffs and in spite of 12 citizen grand jury presentments and indictments, Obama refused to provide any vital records that would be acceptable in any court of law.

5.  Taitz has an exploratory effort to run for the Office of the Secretary of State of California in the 2010 General Election.

6.  Defendant – Barack Hussein Obama in esse (a.k.a. Barry Soetoro), hereinafter "Obama", place for service is in care of The White House 1600 Pennsylvania Avenue, N.W. Washington, District of Columbia 20500;

7.  That Obama has campaign committees: Obama for America, Obama Victory Fund duly registered in Washington D.C. with the DOT and FEC by the 42 USC 1971 authority over each;

8.  Notwithstanding facts requiring a report on the law to the contrary that renders Obama a Usurper, Obama nevertheless remains the Acting President of the United States and Commander in Chief, and Chief Law Enforcement Officer who has refused to present in any court of law or to the public any vital records that would show his eligibility as for POTUS based on Article 2, section 1 of the Constitution, as one born in the United States to two citizen parents without allegiance to any other sovereignties. From birth and until now Mr. Obama had citizenship and allegiance to several other nations: Great Britain, Kenya, Indonesia and as a Sunni Muslim to Saudi Arabia where he bows toward Mecca, is committing a misprision of felony and Treason.

9.   Mr. Obama is not a USA "natural born" citizen eligible to serve as the United States President, pursuant to the United States Constitution, Article II, Section 1, Clause 5.

10.   Although Mr. Obama claims to have been born in two (2) separate hospitals in Hawaii, he was actually born in Mombasa, Kenya to his mother a U.S.A. Citizen and his father a Kenyan National British Citizen within the United Kingdom with law and Monarchy that governs.

11.   That Mr. Obama and as Soetoro is a trained radical Sunni Muslim by birth right, training and practice that is admitted in Defendants speech to the Muslim Brotherhood in Cairo in 2009 – practices Shariah law and is devoted and aligned to King Saud of Saudi Arabia.

12.   That Mr. Obama is also a Prince Hall 32nd Degree Freemason who starting in 1979 at Columbia University was mentored by SMOM member Zbigniew Kaimierz Brzezinski, a Polish national from a Polish aristocratic family, who became a naturalized U.S. Citizen and who during the Carter Administration served as the National Security advisor from 1977 to 1981.

13.   That Mr. Obama Jr.'s natural father Mr. Obama Senior, was a British Citizen governed under the laws of the United Kingdom married to Mr. Obama Jr.'s mother Stanley Ann Dunham at the time of Mr. Obama Jr.'s birth on August 4, 1961.

14.   Defendant Obama admits that his father at the time of his birth was a citizen of the United Kingdom and that the British Nationality Act of 1948 governs dual citizenship at birth.

15.   That Mr. Obama acknowledges by endorsing Senate Resolution 511 that you need two (2) U.S.A. Citizen parents at birth to be qualified to be a natural born citizen.

16.   That Rep. John Bingham, author of the 14th Amendment, Congressional Globe, 39th, 1st Sess., pg 1291 (March 9, 1866) stated: "… every human being born within the jurisdiction of the United States of parents not owing allegiance to any foreign sovereignty is, in the language of your Constitution itself, a natural-born citizen."

17.   Instead, Mr. Barry Soetoro and or his agent(s) placed an image of a Hawaiian Certification of Live Birth (COLB), which is issued for all birth's registered in the State of

Hawaii; the COLB, does not prove "natural born" citizenship or birth in Hawaii.

18. A COLB is sufficient proof of citizenship; however, it does not prove "natural born" citizenship, a COLB is issued to those who are simply "naturalized".

19. Ex-Relator, Christopher-Earl: Strunk in esse (hereinafter "Interpleader", "Ex-Relator"), is an individual with place for service at 593 Vanderbilt Avenue PMB #281 Brooklyn, NY 11238, Email: chris@strunk.ws, SKYPE: cestrunk and Telephone (845) 901-6767.

20. That Strunk is a natural-born citizen of New York with both Parents being citizens there in the city of New York at the time of Interpleader's birth, and that both Parents were married natural-born citizens of the United States of America (USA).

21. As such unlike the Usurper, Interpleader is eligible to become the President of the United States of America (POTUS) unlike Defendant meets the three requirements of eligibility: be at least 35 years of age, 14 years resident of the USA and be a natural born citizen at birth.

22. That Strunk makes a special-appearance in this action without relinquishing sovereignty and or any inalienable individual right and has served notice upon the Department of Justice.

23. In explanation, Strunk's Special-Appearance is as a Living-Soul Son-of-the Most-High-God-Yahweh in existence *nunc pro tunc* the moment of Creation in Joint-Heir-with-His-Son Made Debt-Free with the Yahshua Payment (consideration) of His Blood, in which Strunk Stands in the Kingdom of the Most-High-God Yahweh, and that is under reserve, without dishonor, without prejudice, without recourse in good faith, *no dolus;* and that this court and or any temporal entity or person is unable to offer a higher consideration.

24. That Strunk has inalienable individual rights as described by the Declaration of Independence of 1776 that pre-existed the creation of the United States' Constitution.

25. That Strunk is the creator of the United States' Constitution *nunc pro tunc* at the moment of his Creation as an inheritance upon birth as a natural born-citizen.

26. That Strunk's sovereign authority to protect his inalienable individual rights creates the

Federal government and to define express limited rights for the government to operate by.

27.  That there are four political branches of government: the three who govern with the consent of the people granted to The Congress, The Executive, The Judiciary and the fourth most important branch The People who are resident in a respective State of the several States.

28.  There is an overriding Constitutional question of first impression historically ignored since June 1912 that even with enactment of the interim measure of 13 USC §141 to re-balance the electoral college for the people of each State of the several States in 1929 still is contrary to the required  House decennial enlargement as to the actual population in Article I section 2 that each House member represent only with the consent of the people among the 30,000 persons in each member district, that now is somewhere around say one House member per say 690,0000 persons, and as such remains a festering cancer upon the national government that according to a recent Rasmussen survey 61% of the people say the government acts ultra vires without consent.

29.  The first political branch, The Congress, has not followed the requirement of the U.S. Constitution in so far as enlargement since 1912, that representative government has fatally weakened the guarantee of a republican form of government, especially as it applies to the second political branch, The Executive, dependent upon the Electoral College election process in each state of the several states to appoint POTUS; and

30.  Further, that since 1928 the Office of POTUS without the equal protection provision of decennial enlargement of the first Branch has evolved into a cult of tyranny that will only worsen without a representative sized electoral college commensurate with the increase of the people to select the chief magistrate, (i.e. in New York in 1960 with 12.5 million residents had 45 electoral college votes now in 2010 with say 19.5 million residents based upon the 2000 Census now only has 31 electoral college votes schedule to loose two more with the 2010 Census); and

31.  Further, one hundred years later without an enlargement of the electoral college more than ever before the chief law enforcement officer  must have no appearance of impropriety or

even the slightest question of allegiances as with the Usurper Obama, who is the epitome of the fears of the framers as to undue foreign influence in Article II Section 1 in use of the express eligibility mandate of any candidate shall be a natural-born citizen without dual allegiance; and

32.  Further, without enlargement The Congress has become a tyrannical dictatorship disconnected from the people who are restrained by an every increasing difficulty in running for office or participating with a reasonable expectation of success, and as evidenced now with the Usurper who operates under a continuous state of arbitrary and capricious declared emergencies; that will only chronically worsen every ten years without the required U.S. House size reasonably reflecting the consent of the people, in that the House increasingly operates for a cabal of special interest contributors whose surreptitious campaign funding violations of laws and side deals operate without the consent of the people, and as such the House increasingly lacks the ability to as a regular expectation of their duties to impeach high crimes and misdemeanors in the executive, and especially members of the judiciary who rather than report on the law make the law with impunity so much so that the people now fear the judiciary for being arbitrary and capricious in a chronic corruption as seen with Alcee Hastings who even after soliciting bribes from the bench left by an impeachment process only then to  become a U.S. House member from South Miami in Florida.

33.  That unlike Taitz, Strunk has a 42 USC §1983 cause of action in *Strunk v. Paterson et al.* NYS Supreme Court in Kings County Index no.: 08-29642 before the Honorable New York Supreme Court Justice David I. Schmidt complaining of a state action civil rights injury suffered in the 2008 General Election process in New York's appointment of its Electoral College that relies on action and discovery herein to proceed; in that Strunk, a Republican party member, is denied a reasonable expectation of participation in 2008 election for a candidate for office of POTUS by the conspiracy to put John McCain and Barack Obama on the ballot when they are not natural-born Citizens,

34. That Strunk's individual authority creates the corporate office of the President of the United States of America, POTUS, to which Defendant Barack Hussein Obama was questionably elected without presenting eligibility proof of his qualifications other than his opinion he was somehow eligible.

35. This application is made because of the failure of our representative government to uphold the U.S. Constitutional form of governance. The three branches of government are co-opted by a cabal of interlocking directorships of entities and especially the Sovereign Military Order of Malta [1] whose members are also citizens of that sovereign state, thereby have at least

---

[1]   The Sovereign Military Hospitaller Order of Saint John of Jerusalem, of Rhodes, and of Malta (Italian: *Sovrano Militare Ordine Ospedaliero di San Giovanni di Gerusalemme di Rodi e di Malta*) (known as the Sovereign Military Order of Malta [SMOM], Order of Malta or Knights of Malta for short) is a Roman Catholic order based in Rome, Italy. The Sovereign Military Order of Malta is a sovereign subject of international law.

It takes its origins from the Knights Hospitaller, an organization founded in Jerusalem in 1050 as an Amalfitan hospital to provide care for poor and sick pilgrims to the Holy Land. After the conquest of Jerusalem in 1099 during the First Crusade, it became a Catholic military order under its own charter. Following the loss of Christian held territories of the Holy Land to Muslims, the Order operated from Rhodes (1310–1523), and later from Malta (1530–1798), over which it was sovereign.

Although this state ended with the ejection of the Order from Malta by Napoleon, the Order as such survived. It retains its claims of sovereignty under international law and has been granted permanent observer status at the United Nations. SMOM is considered the main successor to the medieval Knights Hospitaller.

Today the order has 12,500 members; 80,000 permanent volunteers; and 20,000 medical personnel including doctors, nurses, auxiliaries and paramedics. The goal is to assist the elderly, the handicapped, refugees, children, the homeless, those with terminal illness and leprosy in five continents of the world, without distinction of race or religion. In several countries—including France, Germany and Ireland—the local associations of the Order are important providers of first aid training, first aid services and emergency medical services. Through its worldwide relief corps—Malteser International—the Order is also engaged to aid victims of natural disasters, epidemics and armed conflicts.

The International status of the Order with its unique history and unusual present circumstances, the exact status of the Order in international law has been the subject of debate: it claims to be a traditional example of a sovereign entity other than a state. Its two headquarters in Rome—the Palazzo Malta in Via dei Condotti 68, where the Grand Master resides and Government Bodies meet and the Villa Malta on the Aventine, which hosts the Grand Priory of Rome, the Embassy of the Order to Holy See and the Embassy of the Order to Italy—are granted extraterritoriality.

However, unlike the Holy See—, which is sovereign over the Vatican City—SMOM has

had no sovereign territory (other than a few properties in Italy with extraterritoriality only) since the loss of the island of Malta in 1798. The United Nations does not classify it as a "non-member state" but as one of the "entities and intergovernmental organizations having received a standing invitation to participate as observers." For instance, while the International Telecommunication Union has granted radio identification prefixes to such quasi-sovereign jurisdictions as the United Nations and the Palestinian Authority, SMOM has never received one. For awards purposes, amateur radio operators consider SMOM to be a separate "entity", but stations transmitting from there use an entirely unofficial call sign, starting with the prefix "1A". Likewise, for internet identification, the SMOM has neither sought nor been granted a top-level domain, while Vatican City uses its own domain.

There are differing opinions as to whether a claim to sovereign status has been recognized. Ian Brownlie, Helmut Steinberger, and Wilhelm Wengler are among the experts who say that the claim has not been recognized. Even taking into account the Order's ambassadorial status among many nations, a claim to sovereign status is sometimes rejected. The Order maintains diplomatic missions around the world and many of the states reciprocate by accrediting ambassadors to the Order. Wengler—a German professor of international law— addresses this point in his book *Völkerrecht*, and rejects the notion that recognition of the Order by some states can make it a subject of international law. Conversely, professor Rebecca Wallace—writing more recently in her book *International Law*—explains that a sovereign entity does not have to be a country, and that SMOM is an example of this. This position appears to be supported by the number of nations extending diplomatic relations to the Order, which more than doubled from 49 to 100 in the 20-year period to 2008. In 1953, the Holy See proclaimed "in the Lord's name" that the Order of Malta was only a "functional sovereignty"—due to the fact that it did not have all that pertained to true sovereignty, such as territory.

SMOM has formal diplomatic relations with 104 states and has official relations with another six countries, non-state subjects of international law like the European Community and International Committee of the Red Cross, and a number of international organizations. Its international nature is useful in enabling it to pursue its humanitarian activities without being seen as an operative of any particular nation. It has claimed sovereignty is also expressed in the issuance of passports, license plates, stamps, and coins. The coincidence of Rome being the capital of the Italian Republic, the Holy See and the Order of Malta leads to a high density of diplomatic instances in the city.

The coins are appreciated more for their subject matter rather than for use as currency, however, their postage stamps have been gaining acceptances among Universal Postal Union member nations.

The SMOM began issuing euro-denominated postage stamps in 2005, although the scudo remains the official currency of the SMOM. Also in 2005, the Italian post agreed with the SMOM to deliver internationally most classes of mail other than registered, insured, and special-delivery mail; before this agreement, the following countries recognized SMOM stamps for franking purposes: Argentina, Austria, Benin, Bolivia, Bulgaria, Burkina Faso, Cameroon, Canada, Cape Verde, Central African Republic, Chad, Chile, Comoros, the Democratic Republic of the Congo, the Republic of the Congo, Costa Rica, Croatia, Cuba, Czech Republic, Dominican Republic, Ecuador, El Salvador, Gabon, Georgia, Guinea, Guinea Bissau, Honduras, Hungary, Italy, Ivory Coast, Kazakhstan, Lebanon, Liberia, Lithuania, Madagascar, Mali, Montenegro, Nicaragua, Niger, Panama, Paraguay, Peru, Philippines, Poland, Portugal, Russia. San Marino, São Tomé and Príncipe, Senegal, Seychelles, Sierra Leone, Slovakia, Slovenia, Somalia, Togo,

dual allegiance and hold questionable titles that are in conflict with Title 18 Chapter 45 for USA Foreign Relations and that with dual allegiance are operating outside and above the law.

36. That SMOM member Zbigniew Kaimierz Brzezinski has played a crucial role for the Vatican State and SMOM to create global regionalism that subsumes national sovereignty and as the Former National Security Adviser Zbigniew Brzezinski expressed his view of regionalism at Mikhail Gorbachev's October 1995 *State of the World Forum,* that quote:

*"We cannot leap into world government in one quick step...The precondition for eventual globalization — genuine globalization — is progressive regionalization."*

37. That SMOM member Zbigniew Brzezinski was a Obama / McCain campaign Advisor with his sons, Mark who was a member of the advisors in the Defendant Obama's Campaign and Ian who was an advisor on the McCain Campaign and both now are serving in government.

38. That SMOM member Zbigniew Brzezinski works with SMOM Member King Juan Carlos to further global regionalism with the European Union, North American Union, and now the Mediterranean Union (MU) dependent upon the elimination of the Sovereign State of Israel.

39. That SMOM Member Juan Carlos Alfonso Victor Maria de Borbón y Borbón-DosSicilias has titles that include in official use: King of Jerusalem, as successor to the royal family of Naples, King of Spain, of Castile, of León, of Aragon, of the Two Sicilies (Naples and Sicily), of Jerusalem, of Navarre, of Granada, of Toledo, of Valencia, of Galicia, of Majorca, of Seville, of Sardinia, of Cordoba, of Corsica, of Murcia, of Menorca, of Jaen, of the Algarves, of Algeciras, of Gibraltar, of the Canary Islands, of the Spanish East and West Indies and of the Islands and Mainland of the Ocean Sea; Archduke of Austria; Duke of Burgundy, of Brabant, of Milan, and of Neopatra (New Patras); Count of Habsburg, of Flanders, of Tyrol, of Roussillon and of Barcelona; Lord of Biscay and of Molina; and as such is the principal organizer of the downfall of Israel per se as a sovereign state with control over Jerusalem.

Uruguay, Vatican City.

40. That for Juan Carlos, a deal was cut with the Arabs that he gets his cut of Jerusalem. However, he has bigger plans than the Arabs understand. Last November he flew to Malta to open the offices of the Mediterranean Union. Just prior to his American voyage, the MU held a conference entitled, On the Inalienable Rights of the Palestinians. Israel did not attend because...King Juan Carlos going to Malta in November http://www.middle-east-online.com/english/?id=31629 with the "5+5 Forum" discusses re-launching the Roman Empire as the Med Union and that this February assembled Senior officials from 10 western Mediterranean countries met here Tuesday to discuss the relaunch of the Mediterranean Union, which has been stalled over the recent war in Gaza. The one-day meeting in the southern city of Cordoba brought together foreign ministers or representatives from Spain France, Italy, Malta, Portugal, Algeria, Libya, Morocco, Mauritania and Tunisia. ..The five Catholic nations and the five African Arab nations are united to re-form the early Roman Empire, the same entity that crushed ancient Israel.

41. On February 17, 2010, King Juan Carlos of Spain met President Obama in Washington. Told Obama that Israel will not be able to survive the next war. Obama celebrated by sending William Burns of the CFR to Damascus to announce the impending new American ambassador to Syria. Moreover, no one paid any attention to the coordination of the King's visit and this diplomatic about face. And is no secret that both Carlos and Obama are out to get Israel and the cabal against USA sovereign policy and national security interest is led by the Jesuit-trained King of Spain, Juan Carlos, and as we know, Juan Carlos believes he is a descendent of Jesus himself and the title he is proudest of is Custodian of the Holy Sites Of Jerusalem. He wants the Jews out of Jerusalem and the Vatican back in, as Juan Carlos believes he is the King of Jerusalem. With a few twists, he will get his throne back. The setup for the endgame began after Israel's disastrous war with Hezbollah in the summer of 2006. The leaders of the world met in Rome and appointed a UN army, 80% from Catholic Europe, to separate Israel from Hezbollah.

Just before meeting Obama, Juan Carlos dropped in on the UN's newest Security Council

member, Lebanon, for dinner and a meeting with the new Spanish commander of the UN

separation troops. We were not there but we will safely assume the discussion had nothing to do

with stopping the upcoming war, and lots to do with ignoring Hezbollah launching tens of

thousands of rockets at Israel.

42. That SMOM member Juan Carlos was also the principal instigator of the North American

Union and principal investor in the *Texas Trans-corridor Highway* system using the Law firm of

SMOM member Rudolf Giuliani that fits into the *Regional Planning Association,*

*http://www.America2050.org* plans of its sponsor entities [2] in conjunction with efforts of David

---

[2]      America 2050 and its agents operate as a national initiative associated with elements of
the Intelligence community including the Central Intelligence Agency and National Security
Agency that as a private unelected entity is used to meet the infrastructure, economic
development and environmental challenges of the nation as we prepare to add about 130 million
additional Americans by the year 2050; and is guided by the National Committee for America
2050, a coalition of regional planners, scholars, and policy-makers develop a framework for the
nation's future growth considers trends such as:
     A major focus of America 2050 is the emergence of megaregions - large networks of
metropolitan areas, where most of the population growth by mid-century will take place.
Examples of megaregions are the Northeast Megaregion, from Boston to Washington, or
Southern California, from Los Angeles to Tijuana, Mexico. They comprise multiple, adjacent
metropolitan areas connected by overlapping commuting patterns, business travel, environmental
landscapes and watersheds, linked economies, and social networks. At least ten megaregions
have been identified in the United States.
     In Europe and Southeast Asia, governments are investing tens of billions of dollars in
high-speed rail and goods movement systems to connect networks of cities in what are termed
"global integration zones." These counterparts to America's megaregions are increasingly being
viewed as the new competitive units in the global economy, where knowledge workers can move
freely among urban hubs. Economic regeneration strategies are also being deployed at this scale,
to transition former industrial regions to the new information economy.
     America 2050 is serving as a clearinghouse for research on the emergence of Megaregion
and a resource for Megaregion planning efforts nationwide. Its aim is to advance research on the
emergence of this new urban form while promoting planning solutions to address challenges that
span state and regional boundaries, demand cooperation / coordination at the Megaregion scale;
America 2050 supporters: The Rockefeller Foundation; The Doris Duke Charitable Foundation;
The Surdna Foundation; The Lincoln Institute of Land Policy; The J.M. Kaplan Fund; AECOM;
Park Foundation; The William Penn Foundation; STV Group, Inc.; The Ford Foundation.

Rockefeller [3], Robert Pastor, Anthony Lake, George W. Bush, Vicente Fox, and Zbignew

Brezinski whose Trilateral Commission based in Georgia had *The Atlanta Journal-Constitution*,

in September 7, 2001 publish the editorial announcement that called for North American

integration that therein stated  "The ultimate goal of any White House policy ought to be a North

American economic and political alliance similar in scope and ambition to the European Union."

43.    That Defendant Obama's Indonesian Citizenship and multiple allegiances enabled the

SMOM through its member knights especially Zbigniew Brzezinski to implement operations in

Indonesia, Afghanistan, Pakistan, China and other countries including Africa where travel by

U.S. Citizens on an American passport was prohibited or raised questionable allegiance in those

authorities as to the purpose of travel into those countries.

44.    Zbigniew Brzezinski has a sworn oath of allegiance to the Roman Catholic Pope and to

the leader of the SMOM who is now His Most Eminent Highness the Prince and Grand Master

Fra' Matthew FESTING [4], and thereby has at least three allegiances in conflict with USA law.

---

**3** "For more than a century ideological extremists at either end of the political spectrum have
seized upon well-publicized incidents such as my encounter with Castro to attack the Rockefeller
family for the inordinate influence they claim we wield over American political and economic
institutions. Some even believe we are part of a secret cabal working against the best interests of
the United States, characterizing my family and me as 'internationalists' and of conspiring
with others around the world to build a more integrated global political and economic structure
— one world, if you will. If that's the charge, I stand guilty, and I am proud of it." *David
Rockefeller in his Memoirs (2002) made this incredible admission against interest.*

4   The Council Complete of State elects the Prince and Grand Master for life from the
Professed Knights. According to the Constitution, as the religious Superior and Sovereign, he
must fully dedicate himself to the development of the works of the Order and to set an example
of living by Christian principles, to all the members of the Order. He is vested with supreme
authorities. Together with the Sovereign Council, the Grand Master issues the legislative
measures not covered by the Constitutional Charter, promulgates government acts, manages
Common Treasure assets, ratifies, international agreements and the summoning of the Chapter
General. The States with which the Order has diplomatic relations recognize the Grand Master
with the prerogatives, immunities and honors reserved for Heads of State.
    The title of Most Eminent Highness is bestowed on the Grand Master, and the Holy
Roman Church confers him the rank of Cardinal.
    The Grand Master resides at the Order's seat of government in Via Condotti in Rome.
Profile of His Most Eminent Highness the Prince and Grand Master Fra' Matthew FESTING

45. That Article 2 Section 1 Clause 5 of the United States' Constitution is controlling and only requires three qualifications be proven to be eligible for assuming the corporate office of the Presidency, i.e. an applicant shall be 35 years of age, 14 years resident of united States of America and a natural-born-citizen; this is a case of first impression about natural-born-citizen.

## AS AND FOR THE FIRST CAUSE OF ACTION

### (For Defendant's default and Failure to
### Reply to the return of contract further acts are void ab initio)

46. Strunk repeats each and every allegation contained in the above introduction and paragraphs 1 through 45 with the same force and effect as though herein set forth at length however omits it for brevity and economy.

47. That on January 23, 2009 within 72-hours from Barack Hussein Obama's offer of His contract of Oath received by Interpleader on 20 January 2009 and again on 21 January 2009 respectively, Interpleader provided a timely return response by Registered mail with the United States Postal Service (USPS) in care of the Agent in Charge of the united States' Secret Service

---

Fra' Matthew Festing, an Englishman, was elected Prince and Grand Master of the Order of Malta on 11th March 2008 by the Council Complete of State of the Order of Malta. He succeeds Fra' Andrew Bertie, 78th Grand Master (1988-2008), who died on 7 February.

Born in Northumberland on 30 November 1949, educated at Ampleforth and St. John's College Cambridge, where he read history, Fra' Matthew, an art expert, has for most of his professional life worked at an international art auction house. As a child, he lived in Egypt and Singapore, where his father, Field Marshal Sir Francis Festing, Chief of the Imperial General Staff, had earlier postings. He is also descended from Sir Adrian Fortescue, a knight of Malta, who was martyred in 1539.

Fra' Matthew Festing served in the Grenadier Guards and holds the rank of colonel in the Territorial Army. He was appointed OBE (Officer of the Order of the British Empire) by the Queen and served as one of her Deputy Lieutenants in the county of Northumberland.

He became a member of the Sovereign Order of Malta in 1977, and took solemn religious vows in 1991, becoming a Professed Knight of the Order. Between 1993 and 2008 he was the Grand Prior of England. In this role, he led missions of humanitarian aid to Kosovo, Serbia and Croatia after the recent disturbances in those countries, and he attended the Order's international annual pilgrimage to Lourdes.

Since September 2008, he has been an honorary citizen of the city of Rapallo in Italy. In October 2009, he was awarded an Honorary Degree of Humane Letters by Catholic University of America.

with NOTICE TO THE AGENT IS NOTICE TO  PRINCIPAL NOTICE TO PRINCIPAL  IS
NOTICE TO AGENT and FOR THE RECORD, and that both were accepted for value, timely
without dishonor and with consideration returned redrafted in the offer of contract of
Interpleader's choosing wishing no contract in full accord with the Unified Commercial Code
(U.C.C.); for a true copy of the original shown as Exhibit 1 Sub Exhibit  A.

48.  That Strunk's return response shown as Exhibit 1 Sub Exhibit A by Registered mail with
the USPS in care of the Agent in Charge of the Secret Service with Registered mail
Label/Receipt Number: RE40 0301 908US was delivered at 8:07 AM on January 27, 2009 in
WASHINGTON, DC 20223, for a copy of the USPS Tracking record and proof of service by
registered mail shown as Exhibit 1 Sub Exhibit B.

49.  That Defendant Obama in esse is the usurper that has seized the corporate office of the
United States of America Presidency in a wide-ranging conspiracy.

50.  That Defendant Obama in esse is the usurper whose actions while pretending as if the
corporate office of the United States of America Presidency are void ab initio.

51.  That Defendant Obama admits to dual allegiance in his autobiography "*Dreams from my
Fathers – A story of Race and Inheritance*" published in 1995 by Crown Publishing features on
the front cover a picture shown as Exhibit 2 depicts Defendant's British Citizen Father Barack
Hussein Obama Sr. in Defendant's Grandmother's arms and Defendant's American Citizen
Mother Stanley Ann Dunham in Defendant's Grandfather's arms.

52.  That on or about August 26, 2009, Defendant Obama through his agent after due notice
required by law responded in writing with a special demurrer (See **Exhibit 4**); however, the U.S.
Attorney General Eric Holder and U.S. Attorney Jeffery Taylor and or his replacement have
failed to respond or otherwise appear, and that Affirmant has exhausted the administrative
process and other available remedy to appear as the ex-relator afforded by law.

53.  That Strunk as the nunc pro tunc creator of the USA presupposes that the Federal

Constitution is still in effect with full force even under the 1929 reorganization plan that after 1933 with "*the Switch in Times Cases*" in re *United States v. the United States of America, Inc.*, series of SCOTUS cases that allow the creditors to put the united States of America Inc. through bankruptcy reorganization that in the process transforms the office of the President per se into the Trustee administrator for the U.S.A. debtor in control of the assets under the bankruptcy reorganization plan.

54.  That the United States of America, Inc. was created when under the first method to repay the revolutionary War debt the Articles of Confederation failed necessitated the adoption of the second repayment plan method with the stronger Federal Union in 1789, that then without debt repayment in 1859 again was transformed the third time promulgating the war between the states, which then re-emerges as the Jesuit's 14th Amendment America for the fourth time in 1929 with the *Switch in Time cases* that transformed the Constitution so that with the *Administrative Procedures Act* of 1948 when Administrator Clinton *found* 5 trillion Dollars to pay the debt, but rather than to pay the debt eliminated the *Glass- Stegall Act* of 1933 and continues the multi-level ponzi scheme again beyond five levels, notwithstanding the SCOTUS dicta against operation beyond the fifth reorganization cited in *the Amway Case* decision.

55.  Ex-Relator  Strunk has not only suffered an informational injury as a voter and member of the public, has been denied a reasonable expectation of effective participation in the election process that infringes speech, association and liberty, that by the lack of necessary information on Mr. Barry Soetoro's background and citizenship status, Defendant usurpation is taking Strunk's personal property along with those similarly situated without substantive due process that also undermines Plaintiff's sovereignty and inalienable liberty.

56.  That Strunk's ex-relator action preliminary to a jury inquest with DC Code Chapter 35 Title 16 §3503, with FRCvP Rule 22 makes this Interpleader Verified  Complaint hereby to supplement Plaintiff's Petition and the Verified Complaint shown as Exhibit 1 wishes a partial

summary judgment with FRCvP Rule 56(d) for a Declaratory Judgment with 28 USC §2201 and §2202 as to the legal controlling facts in this case of Defendant Obama's admitted *Dual Allegiance* at birth without two U.S. Citizen parents contrary to the U.S. Constitution Article 2 Section 1 Clause 5, as a matter of first impression Defendant Obama is not a natural-born citizen and therefore is ineligible to be the chief law enforcement administrator and trustee of the office of the President of the United States (POTUS) and or of Strunk's grant of power of attorney over personal accounts and matters. Further, because the Usurper action(s) are thus void ab initio as to the incapacity to effect the duties of the POTUS, Ex-relator(s) requires a Writ of Mandamus directive to the Congress and the President of the Senate Joseph Biden as to Article 2 Section 1 Clause 6 and 25th Amendment of Article 7 under the separation of powers doctrine; and further, notwithstanding the FRCvP Rule 56(d) Declaratory Judgment, Ex-relator(s) require with 28 USC §1361 a writ of mandamus of: (i) DHS to ascertain the facts of Obama's alleged born in Mombasa Kenya under penalty of perjury by Lucas Smith shown as Exhibit 3.

## AS AND FOR THE SECOND CAUSE OF ACTION

### (For Defendant Obama's action to pay the debt with debt is wasting Strunk's asset)

57.  Strunk repeats each and every allegation contained in the above introduction and paragraphs 1 through 56 with the same force and effect as though herein set forth at length however omits it for brevity and economy.

58.  Defendant Obama has publicly announced he is paying the debt of the USA with debt, which is a Federal fraud crime when payment of debt may only be in specie, takes my property along with those similarly situated and that Defendant is wasting Strunk's asset.

59.  That Strunk claims the Defendant Obama along with agents Timothy Geithner Secretary of the Department of Treasury and Gary Locke Secretary of the Department of Commerce are unjustly detaining the Strunk's goods and chattels, as the Usurper is ineligible to be the POTUS

trustee / administrator over the Departments secretaries with fiduciary responsibilities and the Usurper having been denied use of Strunk's power of Attorney on January 22, 2009 has by his continued actions that are void ab initio seized Interpleader's personal property to wit:

> A) The Strunk's Bond issued upon his birth certificate of CHRISTOPHER EARL STRUNK after the birth in New York City on January 23, 1947 in the amount of 19687.5 troy ounces of gold.

> B) the Strunk's private account at the US Treasury is secured by the Interpleader's numbered Bond kept at the U.S. Department of Commerce with the number issued by the Social Security Administration as shown on the reverse side of the Strunk's Social Security Card;

> C) The interest accrued upon Strunk's investment in commerce since the year of 1963 thru now calculated upon the recorded by the Social Security Earnings Statement compounded annually at the annual treasury bonds rate.

60. And that Strunk claims that the same be taken from the defendant and delivered to him; or, if they are eloigned, that Strunk may have judgment of their value and all mesne profits and damages, which he estimates at the present value of $21,656,250.00 dollars based upon the equivalent current market value of gold worth a net value of 5,817 troy ounces of gold based upon Interpleader's actuary life span, and 909 troy ounces of gold in interest on Strunk's investment in commerce since 1963 besides costs.

61. That accordingly to DC Code Chapter 37 §16-3701- In an action of Replevin brought to recover personal property to which the Interpleader is entitled, that is alleged to have been wrongfully taken by or to be in the possession of and wrongfully detained by the defendant, it is not necessary to demand possession of the property before bringing the action; but the costs of the action may be awarded as the court orders.

62. That Ex-Relator's Replevin Demand of Defendant Obama, Gary Faye Locke, and

Timothy Franz Geithner were duly served according to §16-3701, upon each Debtor by Certified Return Receipt: 70092250000365685338, 70092250000365685277, & 7009225000036568534.

63. That Ex-Relator duly served notice of the respective demand of each debtor named above upon the State of New York Secretary of State under the Uniform Commercial Code Section 9-501 that governs place of filing. Subsection (a) (2) the financing statement is filed as a fixture filing and the collateral are goods that are or are to become fixtures. Subsection (a) (2) provides that the office in which to file a financing statement to perfect a security interest is the office of the Secretary of State in all other cases pursuant to subsection (b) a fixture filing for a transmitting utility would also be filed with the Secretary of State.

64. That accordingly to DC Code Chapter 37 § 16-3548, the Ex-relator may obtain recovery of damages from the usurper at any time within a year from a judgment in a quo warranto proceeding, the relator may bring an action against the party ousted and recover the damages sustained by the relator by reason of the ousted party's usurpation of the office to which the relator was entitled.

65. That accordingly to DC Code Chapter 37 § 16-3704, in the matter of an Undertaking to abide judgment of the court, the Ex-relator at the time of filing a complaint in replevin, must enter into an undertaking by himself or his agent with surety, approved by the clerk, to abide by and perform the judgment of the court.

66. That Ex-relator alleges that Defendant Obama has utilized funds from his campaign fund that were raised in bad faith with the law in a conspiracy to defraud Strunk along with those similarly situated to illegally become the Chief law enforcement Officer administrator and trustee for the office of the POTUS with control over Strunk's property and that according to the Federal Election Commission the Obama for America currently has $8,957,536.38 cash on hand (See **Exhibit 5**) to be used to guarantee Ex-Relator's undertaking in lieu of another surety agent that would otherwise be based upon Strunk's Federal Contract  underwritten and collateralized

by the private account guaranteed by the Federal Reserve bank of New York.

67.   That Ex-relator wishes relief with FRCvP Rule 65 and LCvR 65.1 a TRO restraining

Defendant Obama, the Supplemental Defendants Obama for America, Obama Victory Fund and

or agents use of any account(s) to be placed under the control and investigation of a court

appointed special master with FRCvP Rule 53(a) (b) to ascertain facts of wrong doing for a jury

trial on   Interpleader injuries.

**68.**   For the above aforementioned reasons, the above requested documents are of great public

interest and without receiving eligibility proof, Interpleader / Plaintiff liberty is at risk were the

usurper of the POTUS administrator which constitutes a huge National Security dilemma to

continue and as Strunk along with those similarly situated suffers irreparable harm with time as

the essence is deserving of equity relief of a preliminary injunction with Declaratory Judgment.

## AS AND FOR THE THIRD CAUSE OF ACTION

**(For Defendant Obama's actions in conspiracy with others to use the campaign
organization entities Obama for America, Obama Victory Fund to solicit and obtain
foreign donations in violation of 42 USC §1971 administered by the FEC)**

69.   Strunk repeats each and every allegation contained in the above introduction and

paragraphs 1 through 68 with the same force and effect as though herein set forth at length

however omits it for brevity and economy.

**70.**   That starting no later than 1988 Defendant Obama's actions as an aspiring attorney in

conjunction with attorneys and Social Justice activists entered into a conspiracy with others to

use the campaign organization entities to effect control over the suffrage process and from 1996

Defendant Obama entry as a candidate for the State Legislature, and for national office in 2000

for U.S. House, 2004 for the U.S. Senate and from no later than 2004 conspired with attorneys

who were associated with his various campaign  committees to circumvent Article 2 Section 1

Clause 5 express eligibility mandate that he be a natural-born-citizen.

71. That to further the conspiracy on February 2, 2006 the Editor of the Chicago-Kent Law

School Law Review, Sarah P. Herlihy, published a memorandum with approved edits of 11-23-

05 entitled *AMENDING THE NATURAL BORN CITIZEN REQUIREMENT: GLOBALIZATION*

*AS THE IMPETUS AND THE OBSTACLE* at Vol. 81: 275 (See **Exhibit 6**) and with a special

footnote designating the author has a J.D. from Chicago-Kent College of Law, 2005 and that the

author would like to thank Professor Graeme Dinwoodie, and the 2004–2005 *Globalization and*

*Its Effect on Domestic Law Seminar Class* for their valuable comments and insights on this Note.

72. That in the memorandum shown as Exhibit 6, Part one of this paper provides a brief

history and overview of the natural born citizen requirement. Part two discusses the rational

reasons for abolishing this requirement and describes why the increase in globalization makes

abolishing the natural born citizen requirement more necessary than ever. Part three presents the

arguments against allowing naturalized citizens to be eligible for the presidency and identifies

common beliefs about globalization that will cause Americans to rely on emotion and oppose a

Constitutional amendment.

73. That in the Conclusion shown on page 26 of Exhibit 6, Ms. Herlihy as a proponent for the

elimination of the Natural Born Citizen clause requirement argues in support of globalization

writes quote:

> "Ultimately, the emotional reasons to oppose a constitutional amendment abolishing
> the natural born citizen requirement for presidential eligibility will prevail over the
> rational reasons because the rational reasons derive, in large part, from the increase in
> globalization. The current American perceptions about the effects of globalization and the
> misunderstandings about what globalization actually is will result in Americans deciding
> that naturalized citizens should not be president because this would, in effect, be
> promoting globalization. Although this argument is admittedly circular, *because*
> *globalization is the thing that makes the need to abolish the requirement more and more*
> *persuasive, Americans' subsequent perceptions about globalization are the very things*
> *that will prevent Americans from embracing the idea of eliminating the natural born*
> *requirement. Logical Americans are looking for a reason to ignore the rational reasons*
> *promoted by globalization so that they may vote based on their own emotions and*
> *instincts. Whether it is because of fear, racism, religious intolerance, or blind faith in the*
> *decisions of the Founding Fathers, Americans want to find a way to avoid changing the*
> *natural born citizen provision to allow naturalized citizens to be eligible for the*

*presidency.* Ultimately, Americans will rely on the perceived negative effects of globalization, or rather their perceptions of globalization's negative effects, to justify their decision to allow emotion to prevail over reason. " (emphasis by Strunk)

74. That according to Sarah P. Herlihy's resume on line (See **Exhibit 7**) with the International Law firm of Kirkland & Ellis LLP in Chicago after Ms. Herlihy was the Law Clerk to the Honorable Michael M. Mihm, United States District Court for the Central District of Illinois, 2005 – 2006 she has been employed by the firm and in the resume she is listed with receiving the award of the *Order of the Coif* whose various members of the Society are traced throughout the Obama support network working in the conspiracy with the Defendants.

75. That a Principal of Kirtland & Ellis LLP, Bruce I. Ettelson, P.C., is Member of finance committees of U.S. Senators Barack Obama and Richard Durbin.

http://www.kirkland.com/sitecontent.cfm …itemID=7845 (towards bottom of the page)

76. In addition to members of the firm making donations to the Obama campaign , Jack S. Levin, P.C., another partner who, in December 2002 was presented the " Illinois Venture Capital Association's lifetime achievement award for service to the private equity/venture capital community" presented by Sen. Barack Obama.

77. That Kirtland & Ellis LLP is a global firm with powerful international clients listed on the website (See **Exhibit 8**).

78. According to the Defendant Obama's published biography, in late 1988, Obama entered Harvard Law School. He was selected as an editor of the *Harvard Law Review* at the end of his first year, and president of the journal in his second year. During his summers, he returned to Chicago, where he worked as a summer associate at the law firms of Sidley Austin in 1989 and Hopkins & Sutter in 1990. After graduating with a Juris Doctor (J.D.) *magna cum laude* from Harvard in 1991, he returned to Chicago. Obama's election as the first black president of the *Harvard Law Review* gained national media attention and led to a publishing contract and advance for a book about race relations, which evolved into a personal memoir. The manuscript

was published in mid-1995 as *Dreams from My Father* with the cover page shown as Exhibit 2.

79.   In 1991, Obama accepted a two-year position as Visiting Law and Government Fellow at the University of Chicago Law School to work on his first book, and alleges He then served as a professor at the University of Chicago Law School for twelve years, as a Lecturer from 1992 to 1996, and as a Senior Lecturer from 1996 to 2004 teaching constitutional law. In fact, Obama's teaching career at Chicago applied for a position as an adjunct and wasn't even considered.   A few weeks later the law school got a phone call from the Board of Trustees telling them to find him an office, put him on the payroll, and give him a class to teach.   The Board told him he didn't have to be a member of the faculty, but they needed to give him a temporary position.   He was never a professor and was hardly an adjunct.   The other professors hated him because He was lazy, unqualified, never attended any of the faculty meetings, and it was clear that the position was nothing more than a political stepping stool.   According to a full professor, Obama had the lowest intellectual capacity in the building.   He also doubted whether he was legitimately an editor on the Harvard Law Review, because if He was, He would be the first and only editor of an Ivy League law review to never be published while in school (Publication is requirement).

80.   From April to October 1992, Obama directed Illinois's Project Vote, a voter registration drive with a staff of ten and 700 volunteers associated with ACORN and related "Social Justice" organizations in part funded by the Catholic Church; and it achieved its goal of registering 150,000 of 400,000 unregistered African Americans in the state, and led to *Crain's Chicago Business* naming Obama to its 1993 list of "40 under Forty" powers to be.

81.   In 1993, Obama joined Davis, Miner, Barnhill & Galland, a 13-attorney law firm specializing in civil rights litigation and neighborhood economic development (in partnership with Syrian Antoin "Tony" Rezko, born July 1955, is a political fundraiser, restaurateur, and real estate developer / slumlord in Chicago, Illinois, convicted on several counts of fraud and bribery in 2008 and who is involved in fundraising for Obama), where Obama was an associate for three

years from 1993 to 1996, then of counsel from 1996 to 2004, with his law license becoming

inactive in 2002.

82.  Obama served from 1994 to 2002 on the board of directors of the Woods Fund of

Chicago, which in 1985 had been the first foundation to fund the Developing Communities

Project, and also from 1994 to 2002 on the board of directors of the Joyce Foundation. He served

on the board of directors of the Chicago Annenberg Challenge from 1995 to 2002, as founding

president and chairman of the board of directors from 1995 to 1999.

83.  Obama was elected to the Illinois Senate in 1996, succeeding State Senator Alice Palmer

as Senator from Illinois's 13th District, which at that time spanned Chicago South Side

neighborhoods from Hyde Park-Kenwood south to South Shore and west to Chicago Lawn.

84.  Obama was reelected to the Illinois Senate in 1998, defeating Republican Yesse Yehudah

in the general election, and was reelected again in 2002.

85.  In 2000, Obama lost a Democratic primary run for the U.S. House of Representatives to

four-term incumbent Bobby Rush by a margin of two to one.

**86.**  That Defendant Obama, his agents and committees for his election to POTUS used

various campaign fund raising entities including Defendants Obama for America, Obama

Victory Fund to solicit and obtain both domestic and foreign donations violating the 42 USC

§1971 administered by the FEC.

87.  That on February 26, 2010 according to the FEC on the matter under review MUR #

6127 (See **Exhibit 9**) fined Obama for America and Martin H. Nesbitt in his official capacity as

treasurer (associate of Chicago billionaire Penny S. Pritzker who "lost" $400 plus million of

depositor's money in the sub-prime mortgage scandal); Barack Obama; Obama Victory Fund

and Andrew Tobias, in his official capacity as treasurer; Democratic National Committee and

Andrew Tobias, in his official capacity as treasurer; VIDA Fitness; Urban Salons, Inc. doing

business as Bang Salon Spa; David von Storch; and Saul Ewing, LLP.

88. The complaint to the FEC alleged that Obama for America (OFA) and Nesbitt, in his official capacity as treasurer, converted campaign funds to Obama's personal use by paying some of his personal travel expenses during the 2008 presidential campaign. It alleged further that VIDA Fitness facilitated the making of contributions and made prohibited contributions to the Obama Victory Fund (OVF), a joint fundraising committee comprised of OFA and the Democratic National Committee, by using a corporate email list to distribute OVF fundraising solicitations and allowing OVF to use VIDA's facilities for a fundraiser. The complaint also alleged that OFA failed to disclose the transfer of a donor list to Project Vote, an affiliate of ACORN, and that OFA intended to accept and Saul Ewing LLP intended to make an excessive contribution in the form of pro bono legal services.

89. In Monday September 29, 2008 *NewsMax* published an article entitled "*Secret, Foreign Money Floods Into Obama Campaign*" by Ken Timmerman (See **Exhibit 10**) reported that quote:

"More than half of the whopping $426.9 million Barack Obama has raised has come from small donors whose names the Obama campaign won't disclose. And questions have arisen about millions more in foreign donations the Obama campaign has received that apparently have not been vetted as legitimate.

Obama has raised nearly twice that of John McCain's campaign, according to new campaign finance report. But because of Obama's high expenses during the hotly contested Democratic primary season and an early decision to forgo public campaign money and the spending limits it imposes, all that cash has not translated into a financial advantage — at least, not yet.

The Obama campaign and the Democratic National Committee began September with $95 million in cash, according to reports filed with the Federal Election Commission (FEC)…"

"With such lax vetting of foreign contributions, the Obama campaign may have indirectly contributed to questionable fundraising by foreigners.

In July and August, the head of the Nigeria's stock market held a series of pro-Obama fundraisers in Lagos, Nigeria's largest city. The events attracted local Nigerian business owners. At one event, a table for eight at one fundraising dinner went for $16,800. Nigerian press reports claimed sponsors raked in an estimated $900,000.

The sponsors said the fundraisers were held to help Nigerians attend the Democratic convention in Denver. But the Nigerian press expressed skepticism of that claim, and the Nigerian public anti-fraud commission is now investigating the matter.

Concerns about foreign fundraising have been raised by other anecdotal accounts of illegal activities.

In June, Libyan leader Moammar Gadhafi gave a public speech praising Obama, claiming

foreign nationals were donating to his campaign." All the people in the Arab and Islamic world and in Africa applauded this man," the Libyan leader said. "They welcomed him and prayed for him and for his success, and they may have even been involved in legitimate contribution campaigns to enable him to win the American presidency..."

Though Gadhafi asserted that fundraising from Arab and African nations were "legitimate," the fact is that U.S. federal law bans any foreigner from donating to a U.S. election campaign.

The rise of the Internet and use of credit cards have made it easier for foreign nationals to donate to American campaigns, especially if they claim their donation is less than $200. Campaign spokesman LaBolt cited several measures that the campaign has adopted to "root out fraud," including a requirement that anyone attending an Obama fundraising event overseas present a valid U.S. passport, and a new requirement that overseas contributors must provide a passport number when donating online.

One new measure that might not appear obvious at first could be frustrating to foreigners wanting to buy campaign paraphernalia such as T-shirts or bumper stickers through the online store. ..

A pair of Palestinian brothers named Hosam and Monir Edwan contributed more than $31,300 to the Obama campaign in October and November 2007, FEC records show. Their largesse attracted the attention of the FEC almost immediately. In an April 15, 2008, report that examined the Obama campaign's year-end figures for 2007, the FEC asked that some of these contributions be reassigned.

The Edwan brothers listed their address as "GA," as in Georgia, although they entered "Gaza" or "Rafah Refugee camp" as their city of residence on most of the online contribution forms.

Many of the Edwan brothers' contributions have been purged from the FEC database, but they still can be found in archived versions available for CRP and other watchdog groups. The latest Obama campaign filing shows that $891.11 still has not been refunded to the Edwan brothers, despite repeated FEC warnings and campaign claims that all the money was refunded in December.

A Newsmax review of the Obama campaign finance filings found that the FEC had asked for the redesignation or refund of 53,828 donations, totaling just under $30 million. But none involves the donors who never appear in the Obama campaign reports, which the CRP estimates at nearly half the $426.8 million the Obama campaign has raised to date. Many of the small donors participated in online "matching" programs, which allows them to hook up with other Obama supporters and eventually share e-mail addresses and blogs.

Obama campaign spokesman LaBolt said, "We have more than 2.5 million donors overall, hundreds of thousands of which have participated in this program."

Until now, the names of those donors and where they live have remained anonymous —and the federal watchdog agency in charge of ensuring that the presidential campaigns play by the same rules has no tools to find out.

90. That for the above aforementioned reasons, the above referenced documents are of great

public interest and require investigation, in that  Interpleader liberty is at risk were the Usurper

POTUS administrator to remain which constitutes a huge National Security dilemma to continue

and as Strunk along with those similarly situated suffers irreparable harm with time as the

essence is deserving of equity relief of a preliminary injunction with Declaratory Judgment and TRO of various accounts.

91. Ex-relator(s) require with 28 USC §1361 a writ of mandamus of: DHS, DOT and FEC to ascertain the facts of foreign contributors to any and all Obama campaign committees including Obama for America, Obama Victory Fund, and others; and of the DOT to ascertain the facts for a full accounting on all monies paid to Obama, the various Campaign committees, agents and or John Does(s) Jane Doe(s) and or XYZ entities conspiring as defined with 42 USC §1971, 42 USC §1983, §1985, §1986, the False Claims Act with 31 U.S.C. § 3729–3733 pursuant to the notice given to the FEC, DOT and DOJ by the Journalist Ken Timmerman shown as Exhibit 10 and related law in entirety; and with FRCvP Rule 65 and LCvR 65.1 a TRO restraining Defendant Obama, the Supplemental Defendants Obama for America, Obama Victory Fund and or agents use of any account(s) to be placed under the control and investigation of a court appointed special master with FRCvP Rule 53(a)(b) to ascertain facts of wrong doing for a jury trial on Interpleader injuries because the FEC has admitted it is unable to do so.

## AS AND FOR THE FOURTH CAUSE OF ACTION

**(Conspiracy defined with 42 USC §1985 by Defendant Obama, Obama's agents with various John Jane Doe(s) and XYZ entities to violate Strunk's rights and liberty along with those similarly situated including Plaintiff )**

92. Strunk repeats each and every allegation contained in the above introduction and paragraphs 1 through 91 with the same force and effect as though herein set forth at length however omits it for brevity and economy.

93. There is a conspiracy defined with 42 USC §1985 by Defendant Obama, Obama's agents including the Campaign funding organization with various John / Jane Doe(s) and XYZ entities to violate Strunk's rights and liberty along with those similarly situated including Taitz to further the fraud to violate the U.S. Constitution Article 2 Section 1 and to cover-up that Defendant

Obama not only has dual allegiance but was born in Mombasa Kenya on August 4, 1961 as alleged under penalty of perjury by Lucas Smith as shown in Exhibit 3 when he went to Kenya bribed a Kenyan official to obtain a copy of the actual birth certificate there.

94. Defendant Obama and his agents associated with his campaign and administration are Preventing officer(s) from performing duties in New York and Washington D.C. in the matter of the 2008 General Election cycle, and after by coercing various members of the Congress not challenge during the electoral college tally required in Article 2, and by not calling for a challenge if any there; and to conceal treason or felony by one not participating in the crime, and by seditious conduct against New York and United States of America governments.

95. That Obama and his agents in New York and Washington DC as if a State or Territory conspire to prevent, by force, intimidation, or threaten, Joseph Biden and other candidates from accepting or holding any office, trust, or place of confidence under the United States, or from discharging any duties thereof; or to induce by like means any officer of the United States to leave any State, district, or place, where his duties as an officer are required to be performed, or to injure him in his person or property on account of his lawful discharge of the duties of his office, or while engaged in the lawful discharge thereof, or to injure his property so as to molest, interrupt, hinder, or impede him in the discharge of his official duties;

96. Defendant Obama and his agent(s) in his campaign and administration act to Obstruct justice; intimidate a party, witness, or juror such as Judge Carter and Judge Land and suborned witnesses to proceedings promote a breach of fiduciary duties of public officials.

97. That Obama and his agent(s) in New York and other States conspire to deter, by force, intimidation, or threat, any party or witness in any court of the United States from attending such court, or from testifying to any matter pending therein, freely, fully, and truthfully, or to injure such party or witness in his person or property on account of his having so attended or testified,

or to influence the verdict, presentment, in any such court, lawfully assented to by him; and

98. That Obama and his agent(s) of his campaign and administration conspire for the purpose

of impeding, hindering, obstructing, or defeating, in any manner, the due course of justice in any

State or Territory, with intent to deny to any citizen the equal protection of the laws, or to injure

him or his property for lawfully enforcing, or attempting to enforce, the right of any person, or

class of persons, to the equal protection of the laws;

99. Defendant Obama and his agents of his campaign and administration as misprisors

deprive persons of rights or privileges of Strunk and those similarly situated.

100. That Obama and his agents in New York and other States conspire against Governor

Paterson, for the purpose of depriving, either directly or indirectly, Strunk and the class of

persons of the equal protection of the laws, or of equal privileges and immunities under the laws;

or for the purpose of preventing or hindering the constituted authorities of any State or Territory

from giving or securing to all persons within such State or Territory the equal protection of laws;

101. That the fruit of the poison tree by frustration of effort and cover-up by Mr. Obama in

commission of a fraud has been asked for his "vault" version birth certificate; however, he has

refused, which has prompted lawsuits across the United States and is liable for damages.

102. Obama and his agents including Eric Holder and his agents act and conspire to prevent by

force, intimidation, or threat, any citizen who is lawfully entitled to vote, from giving his support

or advocacy in a legal manner, toward or in favor of the election of any lawfully qualified person

as an elector for President or Vice President, or as a Member of Congress;

103. Obama and his agents injure Strunk and his property on account of such support or

advocacy; in any case of conspiracy set forth in this section, if one or more persons engaged

therein do, or cause to be done, any act in furtherance of the object of such conspiracy, whereby

another is injured in his person or property, or deprived of having and exercising any right or

privilege of a citizen of the United States,

104. Thereby Strunk as the party so injured or deprived may have an action for the recovery of damages occasioned by such injury or deprivation, against any of the conspirators;

105. That  Interpleader liberty and fundamental rights have been violated and Plaintiff has been directly injured by those who have been deployed in support of the conspiracy to surround, channel and mis-direct Taitz's legal actions as evidenced by the  combined sorted background of each provocateur including those being convicted criminals including document forgery and perjury; as it is even more important to Intervener and those similarly situated to know as a matter of National Security to have DHS and or its agents with authority to verify the Kenyan document shown as Exhibit 3, not only as a matter of continued good relations with the Nation of Kenya whose officials are alleged to have been instrumental in the conspiracy to destroy USA / Kenya affairs in violation of the Logan Act, 18 USC §953 and related law under Title 18 Chapter 45 for Foreign Relations to resolve the Quo Warranto inquest, for if Obama were born in Mombasa Kenya is ineligible to the office of POTUS by Obama's own admission.

106. Ex-relator(s) require with 28 USC §1361 a writ of mandamus of:  DHS, to ascertain the facts alleged under penalty of perjury by Lucas Smith as to Defendant Obama, the various Campaign committees, agents and or John Does(s) Jane Doe(s) and or XYZ entities conspiring as defined with 42 USC §1971, 42 USC §1983, §1985, §1986, the False Claims Act with 31 U.S.C. § 3729–3733 pursuant to the notice given to the FEC, DOT and DOJ by the Journalist Ken Timmerman shown as Exhibit 10 and related law in entirety; and with FRCvP Rule 65 and LCvR 65.1 a TRO restraining Defendant Obama, the Supplemental Defendants Obama for America, Obama Victory Fund and or agents use of any account(s) to be placed under the control and investigation of a court appointed special master with FRCvP Rule 53(a)(b) to ascertain facts of wrong doing for a jury trial on Interpleader injuries.

## AS AND FOR THE FIFTH CAUSE OF ACTION

**(Unjust enrichment of Defendant Obama, Obama's agents with various John Jane Doe(s) and XYZ entities to violate Strunk's rights and liberty along with those similarly situated including Plaintiff with different claims and damages)**

107. Strunk repeats each and every allegation contained in the above introduction and paragraphs 1 through 106 with the same force and effect as though herein set forth at length however omits it for brevity and economy.

108. That the Unjust enrichment of Defendant Obama, Obama's agents with various John Jane Doe(s) and XYZ entities that have injured Strunk's rights and liberty along with those similarly situated including Plaintiff with different claims and damages; and as Ex-Relators are whistleblowers representing the People of the USA as a Qui Tam matter, individually claim a portion of the $8,957,536.38 and other sources yet to be determined under the Court's control;

109. Strunk wishes a judgment of the value of the return of:
   a. Property and all mesne profits and damages, which he estimates at the present value of $21,656,250.00 dollars based upon the equivalent current market value of gold.
   b. all the False Claim disbursements from the DOT to date;
   c. all Campaign matching funds and funds taken under false pretense;
   d. Reimbursement of all damages caused by the conspiracy to be determined at a jury trial including punitive treble damages prescribed by law;
   e. Reimbursement of all the expense of a special master and associated costs of investigation and litigation to date;
   f. And for other and different relief as the court and jury deems just.

I certify under penalty of perjury that the foregoing is true and correct. Respectfully submitted by,

Dated: March _18_, 2010
Brooklyn, New York

Christopher-Earl : Strunk in esse
593 Vanderbilt Avenue - #281
Brooklyn., New York 11238
(845) 901-6767  Email: chris@strunk.ws

# VERIFICATION

STATE OF NEW YORK )
                  ) ss.
COUNTY OF KINGS   )

Accordingly, I, Christopher-Earl: Strunk in esse, by special-appearance being duly sworn, depose and say under penalty of perjury:

1. That I am the Interpleader / Ex-Relator, Christopher-Earl: Strunk in esse, with place for service at 593 Vanderbilt Avenue #281 Brooklyn, New York 11238.

2. That I am the sovereign employer of the POTUS who exercises authority over my grant of power of attorney consent given to administer the United States of America Inc.

3. I duly fired Barack Hussein Obama for cause on January 23, 2009 after he took the oath of office by timely return of the offer of contract wishing no contract thereby revoked power of attorney due to his failure to prove eligibility as a natural born citizen.

4. That Respondent in esse usurps that office and presumably wishes to have a Quo Warranto forum to prove his eligibility to be able to return to the corporate office capacity.

5. I hereby give my permission for a Quo Warranto jury trial of the issue of facts.

6. I have read the above Interpleader Verified Complaint with Demand for Jury Trial on the injury and damages after a Declaratory Decision and Order is issued on the question of first impression with exhibits attached and aver that Interpleader is in support of the Plaintiff's efforts nonetheless has a dispute on the facts to be issues before the court as well as to the source of reimbursement for damages and injuries and the manner of obtaining the extraordinary relief in the nature of a Writ of Mandamus, and I know its contents; the facts stated in the Complaint herein are true to my own personal knowledge, except as to the matters therein stated to be alleged on information and belief, and as to those matters I believe it to be true. The grounds of my beliefs as to all matters not stated upon information and belief are as follows: 3rd parties, books and records, and personal knowledge. except as to those stated upon information and belief, which I believe to be true.

Christopher-Earl : Strunk © in esse

Sworn to before me
This // day of March 2010

Notary Public
MYRA J. HAILEY
Notary Public State Of New York
No. 01 HA58523
Qualified in Kings County
Commission Expires March 6, 20// //