Christopher-Earl: Strunk in esse,
593 Vanderbilt Avenue #281
Brooklyn, New York 11238
845-901-6767 chris@strunk.ws

The Honorable Royce C. Lamberth
Chief Judge for the United States Court for the
District of Columbia
333 Constitution Avenue NW
Washington D.C. 20001

RECEIVED

JUL 1 0 2012

CHAMBERS OF
JUDGE LAMBERTH

Regarding:   Seal v Seal DCD 10-cv-00486
Subject:   Request for leave to Reopen and Amend the Complaint
For a Quo Warranto Inquest of Barack Hussein Obama II

The Honorable Chief Judge Royce C. Lamberth,

I am Plaintiff, Christopher-Earl: Strunk in esse (Petitioner), self represented without an attorney in the above sealed case filed March 24, 2010 and having been dismissed without prejudice by the Memorandum and Order of January 5, 2011 (see **Exhibit A**); and hereby declare and say under penalty of perjury with 28 USC §1746 that to the extent that this case remains sealed it may be reopened according to Federal Rules of Civil Procedure (FRCvP) based upon the accrual of facts of actual personal injury since dismissal without prejudice. That FRCvP Rules and related statutes allow the Court discretion with jurisdiction to afford Plaintiff to renew and amend the Complaint in the proposed simplified form of Quo Warranto inquest for Barack Hussein Obama II to show cause why he should not be considered ineligible for the Office of President of the United States (POTUS), and upon further finding in camera the Court should unseal this case and order that Plaintiff Christopher-Earl Strunk is innocent of wrongdoing for contending that to be eligible under U.S. Constitution Article 2 Section 1 paragraph 5 a person must be born in the USA of two US Citizen parents to be deemed a natural-born Citizen (NBC) as the SCOTUS precedent of Minor. v. Happersett: 88 U.S. 162 (1875), 21 Wall. 162, and 22 L. Ed. 627 says; and that the Court may issue an order as an exception to the Rooker–Feldman Doctrine on the basis that in the NBC Federal matter the State Court wrongly sanctioned Christopher Earl Strunk for his meritorious contention that Barack Hussein Obama II is not NBC because he has a British Subject father then married to US Citizen Stanley Ann Obama when born on or about August 4, 1961, and with further findings of fact(s).

Petitioner hereby establishes that Strunk's particularized injury as of this date is based upon the legal standards explained in the Order shown as Exhibit A.; and in that this Court construes Strunk's filing as a complaint in its own right remains unchallenged, and addresses the fact that as of January 5, 2011 had not established individual injury as a requirement for a case or controversy Article *III Standing that must be solved as a threshold matter,* - now has cured pleading defects that warrants expedited relief and remedy.

As the party invoking federal jurisdiction, Petitioner bears the burden of establishing standing. Steel Co., 523 U.S. at 104; Lujan, 504 U.S. at 561. The "irreducible constitutional minimum of standing" consists of three elements. Lujan, 504 U.S. at 560. Petitioner contends his affidavit of June 26, 2012 "To Whom it May Concern" (see **Exhibit E**) demonstrates all three elements to establish his standing requirement.

**Personal Injury #1**: That described at paragraph 3 of Petitioner's Affidavit shown as Exhibit E, Strunk has been deprived his First Amendment and civil rights with use of 42 USC §1983 from ever seeking relief in USDC of the EDNY in the matter of his challenge to the eligibility of Barack Hussein Obama II and or his New York Elector slate of 2008 and or in the 2012 Election cycle as to the eligibility of Barack Hussein Obama II of US Constitution Article 2 Section 1 by Judge Allyne Ross' order (see **Exhibit D**).

**Personal Injury #2**: That described at paragraph 21 through paragraph 22 of Petitioner's Affidavit shown as Exhibit E, Strunk has been sanctioned with deprivation of his civil right to ever file any case in the State of New York Supreme Court and is barred from ever challenging the eligibility of Barack Hussein Obama II and or his New York Elector slate of 2008 and or in the 2012 Election cycle as to the eligibility of Barack Hussein Obama II of US Constitution Article 2 Section 1 (see **Exhibit N**).

**Personal Injury #3**: That described at paragraph 1 through paragraph 19 as a compelling NBC Federal issue of Petitioner's Affidavit shown as Exhibit E, that as a result of the arbitrary Federal and State court orders shown as Exhibits N and D, Strunk has been deprived his First, 4th, 5th 6th, 7th, 8th 9th and 10th Amendment civil rights, when spurious Court actions deem any challenge to the NBC eligibility of Barack Hussein Obama II sanction able, and renders moot the required notice of intent to file a claim at the New York State Court of Claims (see Exhibit E **sub Exhibit 3**) for the personal damages $358,410.00 accrued as a result of the unlawful facilitation and alleged misprision of a felony by the New York State Board of Elections and its agents in the 2008 presidential election cycle through the present 2012 election cycle with the NBC Federal issue of their malicious malfeasance with use of the required instruction to a candidate for the office of POTUS use "Born a Citizen" rather that "natural-born Citizen" as required under US Constitution Article 2 Section 1 and the State continues with impunity as if by a *Star Chamber*.

**Personal Injury #4**: That described at the hearing transcript of May 7, 2012 of NYS SC County of Kings Case with Index No.: 2011-6500, Strunk was before Justice Arthur M. Schack on the matter of Sanctions and Court costs (see **Exhibit O**) and that as a result Petitioner is subject to further levy pending perfection of Plaintiff's Notice of Appeal to the Second Department Appellate Division taken from the order shown as Exhibit N, and beyond the civil rights sanction to date there is no less than an accrued costs levy of no less than say $150,000 to say as much as $1,000,000 with the perfection of the appeal.

As the First requirement. the Plaintiff's injury is concrete and particularized, as well as actual and or with imminent additional ongoing damage injury and harm, Petitioner is entitled to an expedited Quo Warranto Inquest relief and remedy to effect a personal defense in State Court with time as the essence.

That the Petitioner has suffered no less than four (4) particularized injuries in fact involving the NBC Federal issue left unresolved by any State or Federal Court to date.

**The First Federal issue** to be heard at a quo warranto inquest of Barack Hussein Obama II: Was and is Barack Hussein Obama II eligible as a natural-born Citizen to the office of POTUS when born in the United States with a British subject father while married to a US Citizen on or about August 4, 1961?

**The Second Federal Issue** to be heard at a quo warranto inquest of Barack Hussein Obama II: Is Barack Hussein Obama II involved in spoliation and concealment in the misprision of a felony in regards to his release of the purported long-form birth certificate and other federal documents further injuring Petitioner Strunk and as proven by the investigation by Sheriff Arpaio's affidavit of June 12, 2012 (see **Exhibit B**)?

At Paragraph 7 of the Arpaio Affidavit shown as Exhibit B the Sheriff affirms:

> " Upon close examination of the evidence, it is my belief that forgery and fraud was likely committed in key identity documents including President Obama's long form birth certificate, his Selective Service Registration card, and his Social Security number."

**The Third Federal issue** to be heard at a quo warranto inquest of Barack Hussein Obama II: Is Barack Hussein Obama II eligible as a natural-born Citizen to the office of POTUS, as now suspected as a result of the investigation by Sheriff Arpaio, guilty of spoliation and willful concealment as a high crime meant

to personally injure Plaintiff, and as Strunk noticed to the Albany County District Attorney and the New York State Board of Elections on February 3, 2012 to no avail (see **Exhibit M**) depends on this Court?

**The Fourth Federal issue** to be heard at a quo warranto inquest of Barack Hussein Obama II:  Is Barack Hussein Obama II eligible as a natural-born Citizen to the office of POTUS when born outside of the United States as now suspected as a result of the investigation by Sheriff Arpaio and by spoliation and concealment meant to further injure Plaintiff?

That according to above paragraph and causes of action associated with the actual injury to Petitioner, all do satisfy the second element of standing that requires the plaintiff to show "a causal connection between the injury and the conduct complained of."

That were this Court to hold an expedited quo warranto inquest in camera under seal involving Barack Hussein Obama II's right to hold office as to the authority of the office of POTUS were to determine the answer to the above four federal questions affirmatively then Petitioner Strunk would be able to return to the State Court to perfect his actions, and thereby this request for leave to renew meets the Third and finally, "it must be 'likely,' as opposed to merely 'speculative,' that the injury will be 'redressed by a favorable decision.'" Id. at 561 (quoting *Simon v. E. Ky. Welfare Rights Org.*, 426 U.S. 26,41-42 (1976)).

The matter of the upcoming August 2012 Democratic and Republican conventions to place their respective candidate for office of POTUS on the respective state general election ballot on November 6, 2012, requires an expedited inquest hearing on the attached simplified amended Complaint; and that as of this mailing has been provided to the respective US Attorney General and Respondent accordingly; let the expedited inquest be done in camera and remain under seal until the Court renders a decision and order.

I have read the foregoing; and know the contents thereof apply to me as a continuing injury; the same is true to my own knowledge, except as to the matters therein stated to be alleged on information and belief, and as to those matters I believe it to be true. The grounds of my beliefs as to all matters not stated upon information and belief are as follows: 3rd parties, books and records, and personal knowledge.

Dated: July 5, 2012
Brooklyn New York

Christopher-Earl: Strunk in esse
593 Vanderbilt Avenue #281
Brooklyn, New York 11238
845-901-6767 chris@strunk.ws

Attached: Proposed Amended Complaint   with Exhibits A through Z

Cc:
Eric Holder,
U.S. Attorney General
The US Department of Justice
950 Pennsylvania Ave., N.W.
Washington, DC  20530

Barack Hussein Obama II
The White House
1600 Pennsylvania Avenue, N.W.
Washington, D.C. 20500

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SEAL v SEAL DCD CASE 10-cv-0486 (RCL)

**CERTIFICATE OF SERVICE**

On July 5, 2012, I, Christopher Earl Strunk, under penalty of perjury pursuant to 28 USC 1746, caused the service of a copy of the Strunk Letter Notice of Motion to Reopen and Amend with a Proposed Amended the Complaint for a Quo Warranto Inquest and Jury Trial on Damages affirmed July 5, 2012 with Exhibits A through Z annexed supporting the Letter Declaration signed July 5, 2012 with Exhibits annexed with a complete set placed in a sealed folder properly addressed with proper postage served with *Urgent Legal Service Personal and Confidential under seal* written in the envelope lower left corner for delivery by the USPS certified with return receipt mail upon:

Eric Holder,
U.S. Attorney General
The US Department of Justice
950 Pennsylvania Ave., N.W.
Washington, DC  20530

Barack Hussein Obama II
The White House
1600 Pennsylvania Avenue, N.W.
Washington, D.C. 20500

I do declare and certify under penalty of perjury:

Dated: July 5, 2012
Brooklyn, New York

**Christopher- Earl : Strunk in esse**
593 Vanderbilt Avenue - #281
Brooklyn., New York 11238
(845) 901-6767  Email: chris@strunk.ws