UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
AUG - 1 2012
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

CHRISTOPHER-EARL STRUNK,
    Plaintiff,

v.

BARACK HUSSEIN OBAMA,
    Defendant.

Civil Action No. 10-486 (RCL)

## MEMORANDUM AND ORDER

The attached letter received in chambers on July 10, 2012, shall be treated as a motion for leave to file an Amended Complaint in this case. Plaintiff's proposed Amended Complaint, lodged with the letter, shall be docketed as attached to the motion.

Plaintiff's original Complaint herein was filed under seal, and was dismissed without prejudice by this Court on January 5, 2011. The entire file in this case is hereby UNSEALED, *sua sponte*, and the Court's prior order shall be filed on the public record as an attachment to this order.

Plantiff's motion for leave to file an Amended Complaint is DENIED. The proposed Amended Complaint is frivolous. Plaintiff has no more standing now than he had in 2011, and plaintiff has set forth no proper basis for this Court to require the President of the United States – as the only named party herein – to appear and defend against this frivolous action.

IT IS SO ORDERED.

7/31/12
Date

Royce C. Lamberth
ROYCE C. LAMBERTH
Chief Judge
United States District Court