# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

```
------------------------------------------------------------x
In the Quo Warranto and Qui Tam matter of the        §
United States of America (USA) and ex relator        §
Christopher-Earl: Strunk in esse,                    §      Civil Action: 10-cv-00486 (RCL)
593 Vanderbilt Avenue - #281                         §
Brooklyn., New York 11238                            §
(845) 901-6767  Email: chris@strunk.ws               §
                                                     §
                           Plaintiff,                §
                                                     §
v.                                                   §
                                                     §
Barack Hussein Obama II (a.k.a Barry Soetoro)        §
c/o The White House                                  §
1600 Pennsylvania Avenue, N.W.                        §
Washington, District of Columbia  20500;             §
                                                     §
U.S. Department of Homeland Security (DHS)            §
Washington Navy Yard Bldg 410,                       §
245 Murray Drive W.S.W. Washington DC 20528          §
                                                     §
U.S. Department of Treasury (DOT)                    §
1500 Pennsylvania Avenue N.W.                        §
Washington, DC 20220;                                §
                                                     §
 and   John and Jan Doe(s); XYZ Entities             §
                                                     §
                           Defendants.               §
                                                     §
------------------------------------------------------------x
```

## EX RELATOR CHRISTOPHER-EARL: STRUNK IN ESSE NOTICE OF MOTION TO

## REARGUE FOR RELEASE OF SUMMONSES AND TO FILE THE FIRST

## SUPPLEMENT TO THE PROPOSED AMENDED COMPLAINT.

**PLEASE TAKE NOTICE** that upon the annexed affidavit of Christopher-Earl: Strunk, in esse

by Special-Appearance, affirmed August 8, 2012 will move this Court as Ex-relator-plaintiff to

reargue the July 31, 2012 order to dismiss and unseal by Chief District Judge Royce C. Lamberth

1



RECEIVED
Mail Room

AUG 1 0 2012

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

and to file the first supplement to the proposed first amended complaint and for release of

Summonses at a time afforded by the Court if necessary at the United States Courthouse, at 333

Constitution Avenue NW Washington District of Columbia, on the day and month in 2012, at a

time and courtroom designated by the court, or as soon thereafter as counsel can be heard.

Dated: August 8 , 2012
Brooklyn New York

EX RE: Christopher-Earl: Strunk in esse
593 Vanderbilt Avenue #281
Brooklyn, New York 11238
Email: chris@strunk.ws
Cell-845-901-6767

**cc:** listing of service to follow

Eric Holder, U.S. Attorney General
The US Department of Justice
950 Pennsylvania Ave., N.W.
Washington, DC   20530

Barack Hussein Obama II in esse
c/o The White House
1600 Pennsylvania Avenue NW
Washington, DC 20500

Richard L. Skinner
Inspector General for the
U.S. Department of Homeland Security
Washington Navy Yard Bldg 410,
245 Murray Drive W.S.W.
Washington DC 20528

Eric M. Thorson
Inspector General for the
U.S. Department of Treasury
1500 Pennsylvania Avenue N.W.
Washington, DC 20220

Marco Ciavolino
Enktesis, LLC
1603 Belvue Drive
Forest Hill, MD 21050-2508

EX RE Strunk v Obama et al. DCD 2010-cv-00486

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

```
------------------------------------------------------------x
```
In the Quo Warranto and Qui Tam matter of the          §
United States of America (USA) and ex relator          §
**Christopher-Earl: Strunk in esse,**                  §          **Civil Action: 10-cv-00486 (RCL)**
593 Vanderbilt Avenue - #281                           §
Brooklyn., New York 11238                              §
(845) 901-6767  Email: chris@strunk.ws                 §
                                                       §
                                                       §
                                  **Plaintiff,**       §
**v.**                                                 §
                                                       §
**Barack Hussein Obama II (a.k.a Barry Soetoro)**      §
c/o The White House                                    §
1600 Pennsylvania Avenue, N.W.                         §
Washington, District of Columbia  20500;               §
                                                       §
**U.S. Department of Homeland Security (DHS)**         §
Washington Navy Yard Bldg 410,                         §
245 Murray Drive W.S.W. Washington DC 20528            §
                                                       §
**U.S. Department of Treasury (DOT)**                  §
1500 Pennsylvania Avenue N.W.                          §
Washington, DC 20220;                                  §
                                                       §
  and   **John and Jan Doe(s); XYZ Entities**          §
                                                       §
                                  **Defendant.**       §
                                                       §
```
------------------------------------------------------------x
```

## EX RELATOR CHRISTOPHER-EARL: STRUNK IN ESSE AFFIDAVIT IN SUPPORT

## OF NOTICE OF MOTION TO REARGUE FOR RELEASE OF SUMMONSES AND TO

## FILE THE FIRST SUPPLEMENT TO THE PROPOSED AMENDED COMPLAINT.

**STATE OF NEW YORK**   )
                        ) ss.
**COUNTY OF KINGS**      )

Accordingly, I, Christopher-Earl: Strunk, being duly sworn, depose and say under penalty of perjury:

EX RE Strunk v Obama et al. DCD 2010-cv-00486

1.   That EX RELATOR Christopher-Earl: Strunk in esse hereby files this affidavit in support of

Plaintiff's notice of motion to reargue for release of summonses and to file the annexed first supplement

with Exhibits a-a- through f-f referenced herein as to the proposed amended complaint with Exhibits A

through Z affirmed July 5, 2012 that on July 31, 2012, the Honorable Chief Judge Royce C. Lamberth

dismissed and unsealed as filed March 24, 2010 (see **Exhibit a-a**).

2.   That Plaintiff has safely uploaded the record of this axction along with the Dopcket through

August 2, 2012 with the proposed Amended Complaint affirmed July 5, 2012 then responded to by the

Court on July 31, 2012 see **http://www.scribd.com/doc/101963433/2010-Cv-00486-RCL-STRUNK-v-**

**OBAMA-Et-Al-Jan-2011-Unsealed-Order-With-NOM-for-Proposed-Amended-Comolaint**

3.   Ex-relator Plaintiff Christopher-Earl: Strunk in esse (Strunk), whistleblower in privity with

Barack Hussein Obama II and his agents as an individual citizen member of the People of the USA, is the

USA Quo Warranto - Qui Tam Ex relator that represents the USA for Joseph R. Biden  to act with the 25th

Amendment, and provides this First Supplement with Exhibits a-a through f-f to the proposed Amended

Complaint with Demand for an inquest on the injury and damages with a Declaratory Decision and Order

as to Strunk's innocence of wrongdoing and hereby avers three additional germane transactions and cause

of action to  clarify the misapprehension by the Court as the first supplement and proposed amended

complaint with Exhibit A through Z affirmed July 5, 2012,

4.   That on July 17, 2012 as an additional transaction subsequent to the filing affirmed July 5, 2012

that Defendant Obama's malicious spoliation and concealment of evidence of misprision of a felony,

sedition and treason involved with his ineligibility to hold the office of POTUS thereby directly injures

Strunk and posses a national security threat to be addressed by the US  Department of Homeland Security

was exposed by Sheriff  Joseph Arpaio's  Cold Case Posse (CCP) when investigators held a press

conference with evidence of the misprision of a felony with a Press Release (see **Exhibit b-b**) entitled

> "EXHAUSTIVE INQUIRY LEADS TO NEW INFORMATION *SHERIFF'S INVESTIGATORS:*
> *"PRESIDENT'S LONG FORM BIRTH CERTIFICATE IS UNDOUBTEDLY A FRAUD"*
> HAWAII IMMIGRATION LOOPHOLE COULD POSE NATIONAL SECURITY CONCERN,
> **SHERIFF JOE ARPAIO SAYS "**

EX RE Strunk v Obama et al. DCD 2010-cv-00486

5.  That the Sheriff's press release of July 17, 2012 shown as Exhibit b-b states that Investigator

Michael Zullo told reporters that

> "…the information he developed confirms that the document presented to the American
> public by the White House in April 2011 is undoubtedly fraudulent.
>
> "The information developed during this stage of the investigation which underscores the
> fraudulent nature of the LFBC (Long Forn Birth Certificate) certificate was based partially upon
> an interview with the person whose signature actually appears on it.
>
> "Furthermore, the investigators conducted a close examination of Hawaii's laws
> pertaining to registered births. Those laws essentially provide easy access to a Hawaii birth
> certificate, even if neither parent is a U.S. citizen. A birth certificate is a legal document which
> provides "proof" that an individual was born in the United States. It automatically grants a person
> U.S. citizenship. The investigation shows the way in which Hawaii officials currently distribute
> birth certificates may pose a serious flaw to our national security… "

6.  Further, as shown on Exhibit b-b at pages 2 through 3 Investigator Michael Zullo told reporters

that since the public disclosure of those initial findings in March, Sheriff's investigators tracked down a

number of witnesses including persons of interest during a trip to the State of Hawaii in the furtherance of

their investigation.

> "The Sheriff's Cold Case Posse uncovered the following information which advances the
> assertion that a fraud has occurred:
>
> "Investigators learned that Hawaii Department of Health utilizes a coding system defined by the
> federal government to categorize and code the required information on all Birth Certificates
> registered by the state including those registered in 1961. This process involves writing specific
> number codes by hand and in pencil, placed next to relevant information contained on the birth
> certificate. The coding numbers seen on the President's LFBC are not consistent with the coding
> responses required by the federal government to match the information presented. The incorrect
> codes indicate that the President's LFBC has been altered or amended. (click here for video
> explanation)
>
> "Investigators tracked down the person who was the local registrar at the time of Obama's birth
> who allegedly signed and coded the document which Obama now says proves his birth place as
> Hawaii. Verna K. Lee, now a 95 year-old woman, allegedly signed the document on August 8,
> 1961. She provided information about the vital information codes and their corresponding
> meanings. The information she provided challenges the President's claim that his birthplace in
> 1961 was the Kapiolani Maternity and Gynecological Hospital.
>
> "Sheriff's investigators in Hawaii were stymied by the state registrar of the Hawaii Department of
> Health, Alvin Onaka, as well as the Attorney General's Office in Honolulu when investigators
> asked to compare the  White House version of the LFBC to the original document presumably
> held in Hawaii. Investigators met with the Hawaii Assistant Attorney General, Jill Nagamine.
> Nagamine refused to give Sheriff's investigators permission to see the original birth
> documentation held by the Hawaii Department of Health which was used to create the President's

EX RE Strunk v Obama et al. DCD 2010-cv-00486

long form birth certificate. Furthermore, Nagamine refused to verify whether the PDF birth certificate released by the White House is in fact an exact copy of the document released to the President's attorneys…"

7.   Further, as shown on Exhibit b-b at pages 3 through 4 Investigator Michael Zullo told reporters that perhaps more alarming than anything else, in the course of this investigation, lead investigator Mike Zullo came across information which demands immediate action by the federal government and this court as to eligibility of Defendant Obama as a matter of national security.

8.   Further, the preponderance of evidence that is beyond a reasonable doubt as referenced above referenced in Exhibit b-b raises the question of the manner of fraud used to cause the sanction of Strunk for daring to question Obama's eligibility in the New York State Supreme Court proceeding with Index no.: 2011-6500 *Strunk v  NYS BOE et al.* in that on May 31, 2012 Dr. Jerome Corsi was interviewed by past governor and named defendant David Paterson in Strunk v Paterson et al. with Index 2008-29641 and 29642 as to BHO eligibility quoted by World Net Daily (WND) (see **Exhibit c-c**) having said:

> "Even if he (Obama) wasn't born in the United States at this point," Paterson said. "It's kind of like he got away with it." He continued, "A lot of people get away with a lot of things."

> Paterson compared Obama's actions to those of President Richard Nixon. "We learned later that Nixon spied on Johnson's Paris peace talks," Paterson said. "That was actually an act of … uh … I mean it was against the interests of the U.S. government. You've got to say that before you would say it's treason. But he got away with it. Decided it wasn't a good thing to bring up at that particular time. Not only did he get away with it, he won the election."

9.   Further, that Strunk (Chris)  on August 7, 2012 to verify the veracity of the WND reporting of the statements of Governor David Paterson as to the eligibility question shown on Exhibit c-c called the Governor's WOR radio program at 4:45 PM from Queens to ask Mr. Paterson the truth of the statement made on May 31, 2012 about the eligibility question for several minutes be heard on the podcast at **http://wor710.com/topic/play_window.php?audioType=Episode&audioId=5974346** starting at 40:40 Gov David Paterson (DP) takes my phone call and question regarding the Corsi / Paterson interview and I paraphrase in part quote:

DP- Chris in Queens

Chris -- Yes Gov I heard the interview with J. Corsi …

EX RE Strunk v Obama et al. DCD 2010-cv-00486

DP - I do not believe he was born on Foreign Soil I think he is born in Hawaii …you have to give it up and find a way to beat him (BHO) because people get away with things… I would not put BHO in the book of those who got away with things.

DP – There has never been a court resolution that has determined that OBAMA with a British subject father or George Romney who was born in Mexico could run for POTUS… they are both in the gray area… tie goes to the runner…

10. Furthermore, that based upon the above evidence Strunk has beyond a preponderance of evidence standard without a reasonable doubt that Governor Paterson has no basis to reasonably believe any longer that BHO is born in Hawaii without further evidence of such birth location provided and as such underscores Strunk's injury as a result of spoliation, concealment, misrepresentation and fraud, Barack Hussein Obama II and his agents usurp POTUS, and legally lack constitutional consent to exercise authority over the power of attorney to administer the United States of America and duties of commander–in–chief, and have intentionally inflicted emotional distress upon Ex Relator Whistleblower among those similarly situated.

11. That Defendants  Obama, Obama's agents with various John Jane Doe(s) and XYZ entities including the US Department of Homeland Security and US Department of Treasury have intentionally inflicted emotional distress injury of Whistleblower Strunk along with those similarly situated including those with different claims and damages by non/mis and malfeasance have by breach of their fiduciary duties and oath  to uphold the law of the land outrageously injure Plaintiff by their intentional infliction of emotional distress (IIED); and that Defendant(s) acted intentionally or recklessly to injure Plaintiff; Defendant's conduct was extreme and outrageous; Defendant's act is the cause of the distress; and Plaintiff suffers severe emotional distress as a result of  Defendant's conduct along with that of their counsel has acted in bad faith.

12. That as a result of spoliation, concealment, misrepresentation and fraud, Barack Hussein Obama II and his agents usurp POTUS, and legally lack constitutional consent to exercise authority over the power of attorney to administer the United States of America and duties of commander–in–chief, and  as a supplemental eighth  cause of action have intentionally inflicted emotional distress upon Ex Relator Whistleblower among those similarly situated and warrants a rehearing to clarify the matter for the Court.

Case 1:10-cv-00486-RCL   Document 8   Filed 08/10/12   Page 8 of 44

EX RE Strunk v Obama et al. DCD 2010-cv-00486

**WHEREFORE**, Ex-relator, Christopher Earl Strunk in esse, on his own behalf as whistleblower and on behalf of the Government of the United States of America and Vice President Joseph R. Biden requests this Honorable Court to order:

a.  That grants the re-argument with renewal to calendar with notice to the parties in interest listed including the U.S. Department of Justice, the U.S. Department of Homeland Security and the U.S. Department of Treasury;

b.  That the First Supplement and proposed Amended Complaint be filed by the clerk

c.  That the clerk release the Summonses for immediate service by the U.S. Marshal Service;

d.  That Let the expedited Quo Warranto inquest be done and attended by the named parties before the National Conventions of either party;

e.  That Strunk is innocent of any frivolous conduct in his use of the NBC Federal issue associated with Strunk's injuries

f.  Once an order has been rendered let Ex-relator proceed with the appointment of an attorney or special master to recover funds from Barack Obama and his agents if any under Qui Tam provisions presented before a Jury

g.  and for different and other relief that the Court deems necessary.

_Christopher-Earl : Strunk in esse_

Sworn to before me
This ___ day of August 2012

_Notary Public_

ABRAHAM HELFENBAUM
Commissioner of Deeds
City Of New York No 2-9363
Certificate Filed in Kings County
Commission Expires July 0.__

EX RE Strunk v Obama et al. DCD 2010-cv-00486

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

------------------------------------------------------------------x

In the Quo Warranto and Qui Tam matter of the §
United States of America (USA) and ex relator §
**Christopher-Earl: Strunk in esse,** §     **Civil Action: 10-cv-00486 (RCL)**
593 Vanderbilt Avenue - #281 §
Brooklyn., New York 11238 §
(845) 901-6767  Email: chris@strunk.ws §
 §
 §
                                    **Plaintiff,** §
**v.** §
 §
 §
**Barack Hussein Obama II (a.k.a Barry Soetoro)** §
c/o The White House §
1600 Pennsylvania Avenue, N.W. §     **(PROPOSED)**
Washington, District of Columbia  20500; §
 §     **FIRST SUPPLEMENT TO**
 §
**U.S. Department of Homeland Security (DHS)** §     **THE PROPOSED AMENDED**
Washington Navy Yard Bldg 410, §
245 Murray Drive W.S.W. Washington DC 20528 §     **COMPLAINT FOR**
 §
**U.S. Department of Treasury (DOT)** §     **QUO WARRANTO TRIAL**
1500 Pennsylvania Avenue N.W. §
Washington, DC 20220; §     **ON DAMAGE RECOVERY**
 §
 and  **John and Jan Doe(s); XYZ Entities** §     **INQUEST AND JURY**
 §
                                    **Defendant.** §     **TRIAL ON DAMAGES**
 §

------------------------------------------------------------------x

## INTRODUCTION:

Ex-relator Plaintiff Christopher-Earl: Strunk in esse (Strunk), whistleblower in privity with  Barack

Hussein Obama II and his agents as an individual citizen member of the People of the USA, is the USA

Quo Warranto - Qui Tam Ex relator that represents the USA for Joseph R. Biden  to act with the 25th

Amendment, and provides this First Supplement with Exhibits a-a through f-f to the proposed Amended

Complaint with Demand for an inquest on the injury and damages with a Declaratory Decision and Order

as to Strunk's innocence of wrongdoing and hereby avers three additional germane transactions and cause

EX RE Strunk v Obama et al. DCD 2010-cv-00486

of action to  clarify the misapprehension by the Court as the first supplement and proposed amended

complaint with Exhibit A through Z affirmed July 5, 2012, and on July 31, 2012, the Honorable Chief

Judge Royce C. Lamberth dismissed and unsealed the Complaint filed March 24, 2010 (see **Exhibit a-a**).

## AS AND FOR THE THE FIRST SUPPLEMENTAL TRANSACTION TO THE SECOND

## CAUSE OF ACTION

**(For Defendant Obama's malicious spoliation and concealment of evidence of misprision of a
felony, sedition and treason involved with his ineligibility to hold the office of POTUS thereby
directly injures Strunk and posses a national security threat to be addressed by the US  Department
of Homeland Security)**

72(a)  Pursuant of the above Introduction Strunk and the proposed Amended Complaint with

Exhibit A through Z affirmed July 5, 2012, and in which Strunk has four (4) particular injuries and four

(4) Federal issues described below and requests as an exception to the *Rooker-Feldman Doctrine* to be

heard regarding injury to Strunk caused by Barack Hussein Obama II the punitive President of the United

States (POTUS) with Federal Rules for Civil Procedures (FRCvP) Rule 81 (A) (2),  as the USA and ex-

relator Plaintiff  who has  additional Causes of action based upon his actual injuries caused by Defendant

Obama's failure to be eligible for the office of POTUS, and whose acts of spoliation and concealment in

the misprision of a felony to prevent discovery of his ineligibility is defined with 18 USC §4 according to

the investigation and June 12, 2012 Affidavit of Maricopa County Arizona Sheriff Joseph Arpaio shown

in Exhibit B in the proposed Amended Complaint affirmed July 5, 2012 that must be heard in a Quo

Warranto Inquest as aa matter intertwined with Whistleblower Strunk's Qui Tam Claim  and for those

similarly situated as whistleblowers against the incapacitated President of the Untied States (POTUS)

usurping the duties as Commander –in -chief.

94 (a) That on July 17, 2012 as an additional transaction subsequent to the filing affirmed July 5, 2012

that Defendant Obama's malicious spoliation and concealment of evidence of misprision of a felony,

sedition and treason involved with his ineligibility to hold the office of POTUS thereby directly injures

Strunk and posses a national security threat to be addressed by the US  Department of Homeland Security

EX RE Strunk v Obama et al. DCD 2010-cv-00486

was exposed by Sheriff Joseph Arpaio's Cold Case Posse (CCP) when investigators held a press

conference with evidence of the misprision of a felony with a Press Release (see **Exhibit b-b**) entitled

> "EXHAUSTIVE INQUIRY LEADS TO NEW INFORMATION *SHERIFF'S INVESTIGATORS:*
> *"PRESIDENT'S LONG FORM BIRTH CERTIFICATE IS UNDOUBTEDLY A FRAUD"*
> HAWAII IMMIGRATION LOOPHOLE COULD POSE NATIONAL SECURITY CONCERN,
> **SHERIFF JOE ARPAIO SAYS "**

**94 (b)** That the Sheriff's press release of July 17, 2012 shown as Exhibit b-b states that Investigator

Michael Zullo told reporters that

> "…the information he developed confirms that the document presented to the American
> public by the White House in April 2011 is undoubtedly fraudulent.

> "The information developed during this stage of the investigation which underscores the
> fraudulent nature of the LFBC (Long Form Birth Certificate) certificate was based partially upon
> an interview with the person whose signature actually appears on it.

> "Furthermore, the investigators conducted a close examination of Hawaii's laws
> pertaining to registered births. Those laws essentially provide easy access to a Hawaii birth
> certificate, even if neither parent is a U.S. citizen. A birth certificate is a legal document which
> provides "proof" that an individual was born in the United States. It automatically grants a person
> U.S. citizenship. The investigation shows the way in which Hawaii officials currently distribute
> birth certificates may pose a serious flaw to our national security… "

**94 (c)** Further, as shown on Exhibit b-b at pages 2 through 3 Investigator Michael Zullo told reporters that

since the public disclosure of those initial findings in March, Sheriff's investigators tracked down a

number of witnesses including persons of interest during a trip to the State of Hawaii in the furtherance of

their investigation.

> "The Sheriff's Cold Case Posse uncovered the following information which advances the
> assertion that a fraud has occurred:

> "Investigators learned that Hawaii Department of Health utilizes a coding system defined by the
> federal government to categorize and code the required information on all Birth Certificates
> registered by the state including those registered in 1961. This process involves writing specific
> number codes by hand and in pencil, placed next to relevant information contained on the birth
> certificate. The coding numbers seen on the President's LFBC are not consistent with the coding
> responses required by the federal government to match the information presented. The incorrect
> codes indicate that the President's LFBC has been altered or amended. (click here for video
> explanation)

> "Investigators tracked down the person who was the local registrar at the time of Obama's birth
> who allegedly signed and coded the document which Obama now says proves his birth place as
> Hawaii. Verna K. Lee, now a 95 year-old woman, allegedly signed the document on August 8,
> 1961. She provided information about the vital information codes and their corresponding

EX RE Strunk v Obama et al. DCD 2010-cv-00486

meanings. The information she provided challenges the President's claim that his birthplace in 1961 was the Kapiolani Maternity and Gynecological Hospital.

"Sheriff's investigators in Hawaii were stymied by the state registrar of the Hawaii Department of Health, Alvin Onaka, as well as the Attorney General's Office in Honolulu when investigators asked to compare the White House version of the LFBC to the original document presumably held in Hawaii. Investigators met with the Hawaii Assistant Attorney General, Jill Nagamine. Nagamine refused to give Sheriff's investigators permission to see the original birth documentation held by the Hawaii Department of Health which was used to create the President's long form birth certificate. Furthermore, Nagamine refused to verify whether the PDF birth certificate released by the White House is in fact an exact copy of the document released to the President's attorneys…"

**94 (d)** Further, as shown on Exhibit b-b at pages 3 through 4 Investigator Micheal Zullo told reporters

that perhaps more alarming than anything else, in the course of this investigation, lead investigator Mike

Zullo came across information which demands immediate action by the federal government.

"If a nation's security is only as strong as its weakest link, then America may be in serious trouble. Hawaii may be our weakest link and could have a serious impact on our nation's immigration policy," Arpaio says.

"Arpaio and his investigators have learned that for decades and remaining today, Hawaii has extremely loose policies regarding birth records - who can acquire them and how they are distributed. Additionally, those policies in Hawaii state law appear to be in direct contradiction to U.S. Immigration policy.

"Under Hawaii statute, a person only has to be an established resident of Hawaii, not necessarily a U.S. citizen, in that state and pay taxes there for one year to be able to register an out of state or foreign born person with an official Hawaii birth certificate.

"The law, Hawaii Revised Statute 338-17.8 states:

> ***"Upon application of an adult or the legal parents of a minor child, the director of health shall issue a birth certificate for such adult or minor, provided that proof has been submitted to the director of health that the legal parents of such individual while living without the Territory or State of Hawaii had declared the Territory or State of Hawaii as their legal residence for at least one year immediately preceding the birth or adoption of such child."***

"Sheriff Arpaio and his investigators have grave concerns about this Hawaii Revised Statute believing it could be a gaping loophole that makes it possible for foreign born people to legally establish U.S. citizenship even if neither parent is an American citizen.

"It is important to note that although this state law was not established until the early 1980's long after President Obama's birth, the laws that were in effect in 1961 were also researched by investigators and contain many similar concerns which allowed unattended births to be registered by persons simply knowing of the birth's occurrence. .."

**94 (e)** Further, the preponderance of evidence that is beyond a reasonable doubt as referenced above referenced in Exhibit b-b raises the question of the manner of fraud used to cause the sanction of Strunk for daring to question Obama's eligibility in the New York State Supreme Court proceeding with Index no.: 2011-6500 *Strunk v. NYS BOE et al.* in that on May 31, 2012 Dr. Jerome Corsi was interviewed by past governor and named defendant David Paterson in Strunk v Paterson et al. with Index 2008-29641 and 29642 as to BHO eligibility quoted by World Net Daily (WND) (see **Exhibit c-c**) having said:

> "Even if he (Obama) wasn't born in the United States at this point," Paterson said. "It's kind of like he got away with it." He continued, "A lot of people get away with a lot of things."

> Paterson compared Obama's actions to those of President Richard Nixon. "We learned later that Nixon spied on Johnson's Paris peace talks," Paterson said. "That was actually an act of … uh … I mean it was against the interests of the U.S. government. You've got to say that before you would say it's treason. But he got away with it. Decided it wasn't a good thing to bring up at that particular time. Not only did he get away with it, he won the election."

**94 (f)** Further, that Strunk (Chris) on August 7, 2012 to verify the veracity of the WND reporting of the statements of Governor David Paterson as to the eligibility question shown on Exhibit c-c called the Governor's WOR radio program at 4:45 PM from Queens to ask Mr. Paterson the truth of the statement made on May 31, 2012 about the eligibility question for several minutes be heard on the podcast at **http://wor710.com/topic/play_window.php?audioType=Episode&audioId=5974346** starting at 40:40 Gov David Paterson (DP) takes my phone call and question regarding the Corsi / Paterson interview and I paraphrase in part quote:

> DP- Chris in Queens

> Chris – Yes Gov I heard the interview with J. Corsi …

> DP - I do not believe he was born on Foreign Soil I think he is born in Hawaii …you have to give it up and find a way to beat him (BHO) because people get away with things… I would not put BHO in the book of those who got away with things.

> DP – There has never been a court resolution that has determined that OBAMA with a British subject father or George Romney who was born in Mexico could run for POTUS… they are both in the gray area… tie goes to the runner…

**94 (f)** Furthermore, that based upon the above evidence Strunk has beyond a preponderance of evidence standard without a reasonable doubt that Governor Paterson has no basis to reasonably believe any longer

that BHO is born in Hawaii without further evidence of such birth location provided and as such

underscores Strunk's injury as a result of spoliation, concealment, misrepresentation and fraud, Barack

Hussein Obama II and his agents usurp POTUS, and legally lack constitutional consent to exercise

authority over the power of attorney to administer the United States of America and duties of

commander–in–chief, and have intentionally inflicted emotional distress upon Ex Relator Whistleblower

among those similarly situated.

### AS AND FOR THE SUPPLEMENTAL EIGHTH CAUSE OF ACTION

**(Defendant Obama, Obama's agents with various John Jane Doe(s) and XYZ entities including the US Department of Homeland Security and US Department of Treasury have intentionally inflicted emotional distress injury of Whistleblower Strunk along with those similarly situated including those with different claims and damages)**

139.  Strunk repeats each and every allegation contained in the above supplement as well as

the proposed amended complaint introduction and paragraphs 1 through 138 with the same force

and effect as though herein set forth at length however omits it for brevity and economy.

140.  That Defendants  Obama, Obama's agents with various John Jane Doe(s) and XYZ

entities including the US Department of Homeland Security and US Department of Treasury

have intentionally inflicted emotional distress injury of Whistleblower Strunk along with those

similarly situated including those with different claims and damages by non/mis and malfeasance

have by breach of their fiduciary duties and oath  to uphold the law of the land outrageously

injure Plaintiff by their intentional infliction of emotional distress (IIED); and that Defendant(s)

acted intentionally or recklessly to injure Plaintiff; Defendant's conduct was extreme and

outrageous; Defendant's act is the cause of the distress; and Plaintiff suffers severe emotional

distress as a result of  Defendant's conduct along with that of their counsel has acted in bad faith.

141.  That Defendant's' conduct was extreme and outrageous (1) there was a pattern of

conduct, not just an isolated incident; (2) the plaintiff was vulnerable and the Defendant(s) knew

Case 1:10-cv-00486-RCL   Document 8   Filed 08/10/12   Page 15 of 44

EX RE Strunk v Obama et al. DCD 2010-cv-00486

it; (3) the Defendant(s) was in a position of power; (4) epithets "birther", "frivolous", "delusion" were

used and (5) Defendant(s) owed plaintiff a fiduciary duty in privity with Defendant Obama.

142.    That on August 22, 2011, Strunk established on the record of the proceeding shown as Exhibit H

on page 56 starting at line 10 that his oath taken as an Eagle Scout motivates his court action against

Defendants and in the interchange expresses his emotional distress states:

> Strunk: …Well, they were part of a scheme to defraud me and the voters, those who decided to
> vote who haven't given up." kind there are a lot of people out there who have given up and they
> don't want to be a part of what's going on. But as a Eagle Scout, I'm going to be prepared, if
> necessary, to *go* the ten points. I'm a boy scout. I am not going to back down.

> THE COURT: There are 12 points to scout law not ten.

> MR. STRUNK: Well, I've broken two . [Obedience and Reverence – added by Strunk]

> THE COURT: I wouldn't get too -- well, then are 12, not ten. I'll take judicial notice of that.

> MR. STRUNK: Certainly the requirement is that a citizen stand up and defend his vote even
> when it's only a privilege.

143.    That Plaintiff's commitment as an Eagle Scout dedication to God and Country shaped his value

character and integrity as the Oath *"To do my duty to God and my country and to obey the Scout Law"* as

Congressional protected statutory national organization committed to *God and Country*.

144.    That Plaintiff lifetime commitment to *God and Country* promulgated his voluntary service as an

enlisted member of the US Air Force from 1966 through 1972, a redacted copy of DD 214 honorable

discharge papers herewith  (see **Exhibit d-d**), and  whose oath  makes him just as  duty-bound as officers

to 'uphold and defend the Constitution', as well as God's natural laws (i.e. 'so help me God'), to NOT

OBEY UNLAWFUL ORDERS, and that anyone who has taken an oath to God and Country has the self-

same duty to NOT OBEY UNLAWFUL ORDERS!

145.    That Strunk as an enlisted member of the military with the required proof of education and

intelligence as with  the Rank of Eagle Scout took a Lifetime Oath  and can show a pattern of service and

devotion to the People of the State of New York evidenced by the 1985 Commendation by the New York

State Legislature for dedication beyond the call of duty (see **Exhibit e-e**)  and as such is evidence of his

vulnerability and unwavering  commitment that he has suffered IIED in a way that is similar to that of any

EX RE Strunk v Obama et al. DCD 2010-cv-00486

commissioned officer(s) in the United States military that took the following oath of office when

appointed by Congress to the U.S. active military branch the Oath for Officers of the US Military:

> "I, _____ (SSAN), having been appointed an officer in the Army of the United States, as
> indicated above in the grade of _____ do solemnly swear (or affirm) that I will support and
> defend the Constitution of the United States against all enemies, foreign and domestic, that I will
> bear true faith and allegiance to the same; that I take this obligation freely, without any mental
> reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the
> office upon which I am about to enter; So help me God." (DA Form 71, 1 August 1959, for
> officers.)

And that the enlisted oath also begins by swearing that ... "I will support and defend the Constitution of

the United States against all enemies, foreign and domestic;" first, and secondarily that ... "I will obey the

orders of the President of the United States and the orders of the officers appointed over me,....". It can

logically, reasonably, and forensically be determined by anyone with a 12th grade education (as required

to enlist in the military), that 1) All military orders originate with the Office of the President and

Commander in Chief, and 2) A unlawful President and Commander in Chief cannot issue anything but

unlawful orders, which all active duty military personnel have a duty not to obey (see Nuremberg Trials

of 1945-46); the Oath for Enlisted Service Members

> "I, _____, do solemnly swear (or affirm) that I will support and defend the Constitution of the
> United States against all enemies, foreign and domestic; that I will bear true faith and allegiance
> to the same; and that I will obey the orders of the President of the United States and the orders of
> the officers appointed over me, according to regulations and the Uniform Code of Military
> Justice. So help me God." (Title 10, US Code; Act of 5 May 1960 replacing the wording first
> adopted in 1789, with amendment effective 5 October 1962).

146.   That EX Relator Strunk as the whistleblower herein Enlisted Oath does carry just as much

weight in unseating the usurper as the Officer's oath under the Boy Scout's Promise and Law adds more

weight to Plaintiff's commitment and tenacity as a member of a special class as an Eagle Scout that gives

the rank of a General in this fight and more than suggests that there is a class of whistleblowers who have

been retaliated against by Defendant Obama and his agents with equal; and or worse pain and penalty

damages with Emotional injuries.

147.   That Strunk as an intelligent and resourceful citizen member of the People of the USA acted in

privity with Barack Hussein Obama when he failed to offer proof of his eligibility and as such Strunk

EX RE Strunk v Obama et al. DCD 2010-cv-00486

formally blew the whistle and duly complained as required with the Qui Tam Act as shown at Exhibit C..

**148.** That there is a range of whistle blowers who are in privity with Strunk and who have to varying

degrees been retaliated against for making claims; and that the most egregious example of which is the

Pain and Penalty damages and injury imposed by a fraudulent prosecution of active duty USAF staff

officer Lt. Col . Terry Lakin MD , on 11//20/09 filed a UCMJ Article 138 Complaint (see **Exhibit f-f**)

against Defendant Obama as fraudulently in the Chain of Command; as such Terry Lakin was railroaded

by a military court marshal that disallowed evidence proving that the usurper was in the Chain of

Command and by eliminating the possibility of discovery was conviction illegally stripped of his rank, his

pension seized, imprisoned, dishonorably discharged, stripped of any pension benefits, barred from

practicing medicine as a licensed medical doctor, barred from owing a hand gun because of imprisonment

and stigmatized for lifetime ridicule and stolen opportunity of economic livelihood as a doctor certainly

falls into Strunk's class of whistleblowers with commensurate standing to recover for not only the US

DOT but as interpleader requiring this court to determine the eligibility of Barack Hussein Obama II.

**WHEREFORE**, Ex-relator, Christopher Earl Strunk in esse, on his own behalf as whistleblower and on

behalf of the Government of the United States of America and Vice President Joseph R. Biden requests

this Honorable Court to order:

  a. That Let the expedited Quo Warranto inquest be done and attended by the named parties
     before the National Conventions of either party;
  b. That Strunk is innocent of any frivolous conduct in his use of the NBC Federal issue
     associated with Strunk's injuries
  c. Once an order has been rendered let Ex-relator proceed with the appointment of an
     attorney or special master to recover funds from Barack Obama and his agents if any
     under Qui Tam provisions presented before a Jury
  d.  and for different and other relief that the Court deems necessary.

I certify under penalty of perjury that the foregoing is true and correct.

Respectfully submitted by,

Dated: August 8 , 2012
Brooklyn, New York

EX RE Christopher-Earl : Strunk in esse
593 Vanderbilt Avenue - #281
Brooklyn,. New York 11238
Phone (845) 901-6767 Email: chris@strunk.ws

EX RE Strunk v Obama et al. DCD 2010-cv-00486

# V E R I F I C A T I O N

STATE OF NEW YORK )
                             ) ss.
COUNTY OF KINGS )

Accordingly, I, Christopher-Earl: Strunk, being duly sworn, depose and say under penalty of perjury:

    1.   That I am the USA Quo Warranto - Qui Tam Ex-Relator, Christopher-Earl: Strunk in esse, whistleblower, with place for service at 593 Vanderbilt Avenue #281 Brooklyn, New York 11238.

    2.   Affirmant duly represents the USA for Joseph R. Biden as the Ex Relator in the Quo Warranto and Qui Tam matter before this Court seeks a judicial determination that Barack Hussein Obama II (BHO) is not a natural-born citizen whose acts are void ab initio; and therefore, BHO is unable to discharge the powers and duties of the office of POTUS, thereby empowers Vice President Joseph R. Biden to act with the 25th Amendment in that BHO notwithstanding where he was born is incapacitated to serve as POTUS, first because at birth his father was a British subject married to his U.S. Citizen mother, and therefore is not a natural-born Citizen required by U.S. Constitution Article 2 §1 paragraph 5; and

    3.   Secondly, as of July 17, 2012 there is a preponderance of evidence beyond a reasonable doubt that the birth record is insufficient to prove BHO's birth in Hawaii because the state registration methods are not in accordance with USA National Security standards to be afforded full faith and credit status.

    4.   Ex relator is a whistleblower citizen of the People of the USA, who in privity duly fired Barack Hussein Obama II for cause on January 23, 2009 after he took the oath of office by timely return of the offer of contract wishing no contract thereby revoked power of attorney due to his failure to prove eligibility as a natural born citizen and have been wrongly punished in the exercise of my duly and liberty otherwise to be protected by the US Constitution and thereby entitled to Qui Tam whistleblower fees for the recovery of funds wrongly obtained from the US Department of Treasury from 2009 until the present.

    5.   That as a result of spoliation, concealment, misrepresentation and fraud, Barack Hussein Obama II and his agents usurp POTUS, and legally lack constitutional consent to exercise authority over the power of attorney to administer the United States of America and duties of commander–in–chief, and have intentionally inflicted emotional distress upon Ex Relator Whistleblower among those similarly situated.

    6.   I have read the above First Supplement with Exhibits a-a through f-f to the proposed Amended Complaint with Demand for an inquest on the injury and damages with a Declaratory Decision and Order as to Strunk's innocence of wrongdoing and aver that the first supplement and proposed amended complaint with Exhibit A through Z affirmed July 5, 2012 are in support of the EX RE Plaintiff's efforts that has no dispute on the facts and issues before the Court thereby warrant the Qui Tam reimbursement by BHO for damages and injuries, and I know its contents; the facts stated in the Complaint herein are true to my own personal knowledge, except as to the matters therein stated to be alleged on information and belief, and as to those matters I believe it to be true. The grounds of my beliefs as to all matters not stated upon information and belief are as follows: 3rd parties, books and records, and personal knowledge. except as to those stated upon information and belief, which I believe to be true.

_(signature)_

Christopher-Earl : Strunk in esse

Sworn to before me
This ☒ day of August 2012

_(signature)_

Notary Public

ABRAHAM HELFENBAUM
Commissioner of Deeds
City Of New York No 2-0363
Certificate Filed in Kings County
Commission Expires July 0...

First Supplement to the proposed Amended Complaint    Page 10 of 10

EX RE Strunk v Obama et al. DCD 2010-cv-00486

First Supplement to Amended Complaint for Quo Warranto Inquest and Jury
trial on Damages

# Exhibit a-a

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

AUG ·· 1 2012

Clerk, U S  District & Bankruptcy
Courts for the District of Columbia

|                              |     |                                |
| ---------------------------- | --- | ------------------------------ |
| CHRISTOPHER-EARL STRUNK,     | )   |                                |
| Plaintiff,                   | )   |                                |
|                              | )   |                                |
| v.                           | )   | Civil Action No. 10-486 (RCL)  |
|                              | )   |                                |
| BARACK HUSSEIN OBAMA,        | )   |                                |
| Defendant.                   | )   |                                |
|                              | )   |                                |

## MEMORANDUM AND ORDER

The attached letter received in chambers on July 10, 2012, shall be treated as a motion for leave to file an Amended Complaint in this case.  Plaintiff's proposed Amended Complaint, lodged with the letter, shall be docketed as attached to the motion.

Plaintiff's original Complaint herein was filed under seal, and was dismissed without prejudice by this Court on January 5, 2011.  The entire file in this case is hereby UNSEALED, *sua sponte*, and the Court's prior order shall be filed on the public record as an attachment to this order.

Plaintiff's motion for leave to file an Amended Complaint is DENIED.  The proposed Amended Complaint is frivolous.  Plaintiff has no more standing now than he had in 2011, and plaintiff has set forth no proper basis for this Court to require the President of the United States – as the only named party herein – to appear and defend against this frivolous action.

IT IS SO ORDERED.

7/31/12
Date

ROYCE C. LAMBERTH
Chief Judge
United States District Court

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

)
CHRISTOPHER-EARL STRUNK, )
    Plaintiff )
)
    v. )    Civil Action No. 10-486
)    UNDER SEAL ~c~ Unsealed by order 2 7/31/12
BARACK HUSSEIN OBAMA, et al. )
    Defendants. )
)

## MEMORANDUM & ORDER

Before the Court is Christopher-Earl Strunk's complaint [1] seeking to supplement the complaint filed in *Taitz v. Obama*, 707 F. Supp. 2d 1 (D.D.C. 2010). Upon consideration of the complaint and the applicable law, the Court will dismiss the complaint without prejudice for the reasons set forth below.

### I.    LEGAL STANDARDS

#### A. Nature of Stunk's Filing

Strunk styles his filing as an "Interpleader Verified Complaint" under Federal Rule of Civil Procedure 22. He seeks to supplement the complaint filed in *Taitz v. Obama*, 707 F. Supp. 2d 1 (D.D.C. 2010), with additional causes of action. As to these causes of action, Strunk asks the Court for summary judgment, declaratory judgment, and various writs of mandamus.

Rule 22 is not the proper vehicle for Stunk's filing. Under Rule 22(a)(1), "[p]ersons with claims that may expose a plaintiff to double or multiple liability may be joined as defendants and required to interplead." Fed. R. Civ. P. 22(a)(1). Strunk does not seek to join any person as a defendant; rather, he seeks to supplement a complaint filed in a separate case. Under Rule 22(a)(2), "[a] defendant exposed to similar liability may seek interpleader through a crossclaim or counterclaim." Fed. R. Civ. P. 22(a)(2). Strunk is not a defendant exposed to liability here.

Because Strunk cannot satisfy either test for interpleader, he cannot file under Rule 22. As a *pro se* litigant, however, his filing is entitled to a liberal construction. *See Haines v. Kerner*, 404 U.S. 519, 520 (1972) (recognizing that *pro se* filings are held "to less stringent standards than formal pleadings drafted by lawyers"); *Richardson v. United States*, 193 F.3d 545, 548 (D.C. Cir. 1999). The Court will thus construe Strunk's filing as a complaint in its own right.

### B. Article III Standing

Article III of the Constitution limits the jurisdiction of federal courts to cases or controversies. U.S. Const. art. III, §2, cl. 1. Consequently, "a showing of standing 'is an essential and unchanging' predicate to any exercise of [a court's] jurisdiction." *Fla. Audubon Soc'y v. Bensten*, 94 F.3d 658, 663 (D.C. Cir. 1996) (quoting *Lujan v. Defenders of Wildlife*, 504 U.S. 555, 560 (1992)). In other words, "Article III standing must be resolved as a threshold matter." *Raytheon Co. v. Ashborn Agencies, Ltd.*, 372 F.3d 451, 453 (D.C. Cir. 2004) (citing *Steel Co. v. Citizens for a Better Env't*, 523 U.S. 83, 102 (1998)). Indeed, the requirement that courts liberally interpret *pro se* pleadings does not dispense with the constitutional requirement of standing. *See Dorsey v. Dist. of Columbia*, No. 10-0741, 2010 WL 4313334, *4 (D.D.C. Nov. 2, 2010) (dismissing a *pro se* plaintiff's claims for lack of standing).

As the party invoking federal jurisdiction, the plaintiff bears the burden of establishing standing. *Steel Co.*, 523 U.S. at 104; *Lujan*, 504 U.S. at 561. The "irreducible constitutional minimum of standing" consists of three elements. *Lujan*, 504 U.S. at 560. The plaintiff must demonstrate all three elements to establish standing. First, the plaintiff must have suffered an injury in fact. *Id.* The injury must be concrete and particularized, as well as actual or imminent. *Id.* The Supreme Court has "consistently held that a plaintiff raising only a generally available grievance about government—claiming only harm to his and every citizen's interest in proper

application of the Constitution and laws, and seeking relief that no more directly and tangibly benefits him than it does the public at large—does not state an Article III case or controversy." *Id.* at 573–74.

The second element of standing requires the plaintiff to show "a causal connection between the injury and the conduct complained of." *Id.* at 560. Third and finally, "it must be 'likely,' as opposed to merely 'speculative,' that the injury will be 'redressed by a favorable decision.'" *Id.* at 561 (quoting *Simon v. E. Ky. Welfare Rights Org.*, 426 U.S. 26, 41–42 (1976)).

### C. Failure to State a Claim under Rule 12(b)(6)

A district court may dismiss a complaint *sua sponte* for failure to state a claim under Federal Rule of Civil Procedure 12(b)(6) where "it is patently obvious that [the plaintiff] could not have prevailed on the facts alleged in his complaint." *Baker v. Dir., U.S. Parole Comm'n*, 916 F.2d 725, 727 (D.C. Cir. 1990). Even under a liberal *pro se* standard, dismissal is appropriate where the plaintiff's complaint provides no factual or legal basis for the requested relief. *Prince v. Purdue*, No. 10-240, 2010 WL 724705, *2 (D.D.C. Feb. 24, 2010) (dismissing plaintiff's *pro se* complaint *sua sponte* because it "provide[d] no factual or legal basis for her various requests for relief and fail[ed] to specify any alleged wrongdoing by defendants that would support a viable claim for relief"); *Perry v. Discover Bank*, 514 F. Supp. 2d 94, 95 (D.D.C. 2007) (same).

## II.   DISCUSSION

### A. President's Alleged Ineligibility for Office

In his first cause of action, plaintiff asserts that the President is ineligible for office because he has dual allegiance and is not a natural-born citizen of the United States. Plaintiff contends that the President's acts are thus void *ab initio*. He claims to have suffered an

3

"informational injury as a voter and member of the public." Plaintiff asserts only a generalized grievance here, rather than a particularized injury. He thus lacks standing to bring his claim. *See Lujan*, 504 U.S. at 573–74.

### B.  Federal Fraud Claim and Replevin Action

Plaintiff alleges that the President "is paying the debt of the USA with debt, which is a federal crime fraud." He claims that the President is taking his property, and seeks to recover that property through a state law replevin action.

To the extent that plaintiff attempts to state a claim under federal law, he lacks standing to do so. He apparently claims injury as a taxpayer, which is generally an insufficient basis for standing. *Flast v. Cohen*, 392 U.S. 83, 85 (1968). Furthermore, he invokes no federal law and has thus failed to state a claim under Rule 12(b)(6). Because there is no federal claim over which the Court can exercise jurisdiction, plaintiff cannot initiate a state law replevin action. *See United Mine Workers of America v. Gibbs*, 383 U.S. 715, 725 (1966) (holding that a federal court has jurisdiction over a state law claim only when that claim shares "a common nucleus of operative fact" with a federal claim over which the court already has jurisdiction).

### C.  Conspiracy in Violation of 42 U.S.C. § 1971

Plaintiff also alleges that the President has conspired to use various campaign committees to solicit and obtain foreign donations in violation of 42 U.S.C. § 1971. He contends that this constitutes a national security dilemma that will harm him and similarly situated individuals. Again, plaintiff asserts only a generalized grievance here. He thus lacks standing to bring his claim. *See Lujan*, 504 U.S. at 573–74. Furthermore, § 1971 prohibits discrimination against voters and interference with voting rights. Plaintiff, whose allegations pertain to campaign fundraising, simply has not stated a claim under this statute.

4

### D. *Conspiracy in Violation of 42 U.S.C. § 1985*

Plaintiff claims that the President has conspired to violate his civil rights by covering up his alleged dual allegiance. Specifically, he alleges that he has been "directly injured by those who have been deployed in support of the conspiracy to surround, channel and mis-direct [sic] Taitz's legal actions." Plaintiff further claims, among other allegations, that the President has conspired to prevent officials from performing their duties, to prevent candidates from accepting office, and to intimidate judges and witnesses.

Plaintiff has not shown that he has suffered a particularized injury, nor has he demonstrated a causal connection between his injury and the President's alleged conduct. *See Lujan*, 504 U.S. at 560. Moreover, he cannot establish standing by asserting the injuries of others. *See id.* He thus lacks standing to bring his claims.

### E. *Unjust Enrichment*

Plaintiff seeks damages, claiming that the President has been unjustly enriched through plaintiff's injuries. Because plaintiff lacks standing to assert any of the claims in his complaint, there is no basis upon which to award him damages.

## III.  CONCLUSION

For the reasons set forth above, it is hereby

ORDERED that plaintiff's complaint [1] is DISMISSED without prejudice.

**SO ORDERED.**

Signed by Royce C. Lamberth, Chief Judge, on January 5, 2011.

.

EX RE Strunk v Obama et al. DCD 2010-cv-00486

First Supplement to Amended Complaint for Quo Warranto Inquest and Jury
trial on Damages

# Exhibit b-b

# Maricopa County Sheriff's Office
## Joe Arpaio, Sheriff

July 17, 2012

### EXHAUSTIVE INQUIRY LEADS TO NEW INFORMATION

### _SHERIFF'S INVESTIGATORS: "PRESIDENT'S LONG FORM BIRTH CERTIFICATE IS UNDOUBTEDLY A FRAUD"_

### HAWAII IMMIGRATION LOOPHOLE COULD POSE NATIONAL SECURITY CONCERN, SHERIFF JOE ARPAIO SAYS

(Phoenix, AZ)  Maricopa County Sheriff Joe Arpaio, along with Cold Case Posse Lead Investigator Mike Zullo, held a news conference today regarding information stemming from an exhaustive examination into President Obama's long form birth certificate.

Zullo told reporters that the information he developed confirms that the document presented to the American public by the White House in April 2011 is undoubtedly fraudulent.

The information developed during this stage of the investigation which underscores the fraudulent nature of the LFBC certificate was based partially upon an interview with the person whose signature actually appears on it.

Furthermore, the investigators conducted a close examination of Hawaii's laws pertaining to registered births. Those laws essentially provide easy access to a Hawaii birth certificate, even if neither parent is a U.S. citizen. A birth certificate is a legal

**100 West Washington, Suite 1900, Phoenix, Arizona 85003**
**Phone: (602) 876-1801  Fax: (602) 258-2081**
**Media Contact: MediaRequest@MCSO.Maricopa.Gov**

News Release

1

document which provides "proof" that an individual was born in the United States. It automatically grants a person U.S. citizenship. The investigation shows the way in which Hawaii officials currently distribute birth certificates may pose a serious flaw to our national security.

The Sheriff's investigation into the President's birth certificate authenticity question began in October, 2011, after 250 concerned Maricopa County citizens approached Sheriff Arpaio saying they had reason to believe that the electronic document presented in an April, 2011, news conference from the White House to the American public, as well as the citizens of Maricopa County, was a forgery.

Arpaio promised to look into the matter. Six months into the investigation, Sheriff's Cold Case Posse concluded that there is probable cause to believe that the Obama's birth certificate as well as his Selective Service registration card were, in fact, suspected forgeries.

How the investigators reached that conclusion was detailed in a March 1, 2012 press conference held by Sheriff Arpaio and Mike Zullo, the lead investigator in the matter. (March 1 press release)

Since the public disclosure of those initial findings in March, Sheriff's investigators tracked down a number of witnesses including persons of interest during a trip to the State of Hawaii in the furtherance of their investigation.

The Sheriff's Cold Case Posse uncovered the following information which advances the assertion that a fraud has occurred:

- Investigators learned that Hawaii Department of Health utilizes a coding system defined by the federal government to categorize and code the required information on all Birth Certificates registered by the state including those registered in 1961. This process involves writing specific number codes by hand and in pencil, placed next to relevant information contained on the birth certificate. The coding numbers seen on the President's LFBC are not consistent with the coding responses required by the federal government to match the information presented. The incorrect codes indicate that the President's LFBC has been altered or amended. **(click here for video explanation)**

---

**100 West Washington, Suite 1900, Phoenix, Arizona 85003**
**Phone: (602) 876-1801  Fax: (602) 258-2081**
**Media Contact: MediaRequest@MCSO.Maricopa.Gov**

- Investigators tracked down the person who was the local registrar at the time of Obama's birth who allegedly signed and coded the document which Obama now says proves his birth place as Hawaii. Verna K. Lee, now a 95 year-old woman, allegedly signed the document on August 8, 1961. She provided information about the vital information codes and their corresponding meanings. The information she provided challenges the President's claim that his birthplace in 1961 was the Kapiolani Maternity and Gynecological Hospital.

- Sheriff's investigators in Hawaii were stymied by the state registrar of the Hawaii Department of Health, Alvin Onaka, as well as the Attorney General's Office in Honolulu when investigators asked to compare the White House version of the LFBC to the original document presumably held in Hawaii. Investigators met with the Hawaii Assistant Attorney General, Jill Nagamine. Nagamine refused to give Sheriff's investigators permission to see the original birth documentation held by the Hawaii Department of Health which was used to create the President's long form birth certificate. Furthermore, Nagamine refused to verify whether the PDF birth certificate released by the White House is in fact an exact copy of the document released to the President's attorneys.

Perhaps more alarming than anything else, in the course of this investigation, lead investigator Mike Zullo came across information which demands immediate action by the federal government.

"If a nation's security is only as strong as its weakest link, then America may be in serious trouble. Hawaii may be our weakest link and could have a serious impact on our nation's immigration policy," Arpaio says.

Arpaio and his investigators have learned that for decades and remaining today, Hawaii has extremely loose policies regarding birth records - who can acquire them and how they are distributed. Additionally, those policies in Hawaii state law appear to be in direct contradiction to U.S. Immigration policy.

Under Hawaii statute, a person only has to be an established resident of Hawaii, not necessarily a U.S. citizen, in that state and pay taxes there for one year to be able to register an out of state or foreign born person with an official Hawaii birth certificate.

---

**100 West Washington, Suite 1900, Phoenix, Arizona 85003**
**Phone: (602) 876-1801  Fax: (602) 258-2081**
**Media Contact: MediaRequest@MCSO.Maricopa.Gov**

The law, Hawaii Revised Statute 338-17.8 states:

*"Upon application of an adult or the legal parents of a minor child, the director of health shall issue a birth certificate for such adult or minor, provided that proof has been submitted to the director of health that the legal parents of such individual while living without the Territory or State of Hawaii had declared the Territory or State of Hawaii as their legal residence for at least one year immediately preceding the birth or adoption of such child."*

Sheriff Arpaio and his investigators have grave concerns about this Hawaii Revised Statute believing it could be a gaping loophole that makes it possible for foreign born people to legally establish U.S. citizenship even if neither parent is an American citizen.

It is important to note that although this state law was not established until the early 1980's long after President Obama's birth, the laws that were in effect in 1961 were also researched by investigators and contain many similar concerns which allowed unattended births to be registered by persons simply knowing of the birth's occurrence.

Sheriff Arpaio says, "Often investigations into one matter lead law enforcement officials to other issues of serious concern. This Hawaiian law may be a serious threat to national security and needs to be immediately addressed by the U.S. Government."

Considering the fact that Hawaii appears to be very lax in its distribution of birth certificates, it is possible, though certainly not proven, that President Obama, through the actions of others, may have benefitted by the ease with which one can obtain a birth certificate proving U.S. citizenship.

Arpaio says his investigators will continue to delve into this matter but ultimately this investigation needs to be given to the proper authority to further.

"Through the hard work of Mike Zullo and his team of investigators we have pointed out some inconsistencies, or oddities, relating to the President's birth certificate. Taken one by one they may not be terribly concerning. But put them altogether and they paint a picture of deception that requires a federal inquiry," Arpaio says.

**100 West Washington, Suite 1900, Phoenix, Arizona 85003**
**Phone: (602) 876-1801  Fax: (602) 258-2081**
**Media Contact: MediaRequest@MCSO.Maricopa.Gov**

"My hope is that the U.S. Congress will take over from here if not to further the birth certificate forgery possibility, then at least to examine the state of Hawaii's laws in regards to the issuance of birth certificates which may be permitting untold numbers of foreign born people to wrongly gain U.S. citizenship," Arpaio says.

For more information regarding the analysis of the computerized document, click here.

EX RE Strunk v Obama et al. DCD 2010-cv-00486

First Supplement to Amended Complaint for Quo Warranto Inquest and Jury
trial on Damages

# Exhibit c-c



This is WND printer-friendly version of the article which follows.
To view this item online, visit http://www.wnd.com/2012/05/author-to-governor-its-the-constitution/



---

**WND EXCLUSIVE**

# GOV. PATERSON TO INTERVIEW CORSI ON AIR

'Threshold question is whether or not you're eligible'



*by* **BOB UNRUH** Email | Archive

Bob Unruh joined WND in 2006 after spending nearly three decades writing on a wide range of issues for sever Upper Midwest newspapers and the Associated Press. Sports, tornadoes, homicidal survivalists, and legislative battles all fell within his bailiwick. His scenic photography has been used commercially, and he sometimes play church worship band.

---

Jerome Corsi, author of the best-selling "Where's the Birth Certificate? The Case That Barack Obama is Not Eligible to be President," will be a guest tomorrow on former New York Gov. David Paterson's WOR New York City radio program to talk about the importance of the Constitution.



The invitation to Corsi came after Paterson stirred up a hornet's nest by suggesting Barack Obama could be ineligible for the Oval Office and "got away" with it.

Paterson also compared Obama's actions to those of President Richard Nixon, which he likened to treason.

On his show, he was asserting, along with NBC Chief White House Correspondent Chuck Todd, that GOP presidential candidate Mitt Romney should have distanced himself more from developer Donald Trump and his doubts about Obama's eligibility.

"Even if he wasn't born in the United States, at this point, it's kind of like he got away with it," Paterson said.

"A lot of people get away with a lot of things."

Paterson compared Obama's actions to those of President Nixon.

"We learned later that Nixon spied on Johnson's Paris peace talks," Paterson said. "That was actually an act of ... uh ... I mean it was against the interests of the U.S. government. You've got to say that before you would say it's treason. But he got away with it. Decided it wasn't a good thing to bring up at that particular time. Not only did he get away with it, he won the election."

Corsi told WND he had agreed to be on the Paterson show to discuss the eligibility issue, which he defined succinctly as being the Constitution itself.

"The threshold question [over the Obama issue] is whether or not you're eligible," Corsi told WND. "The rest is irrelevant."

*The Paterson comments have been posted online by WOR.*

The focal point of the dispute over Obama's tenure in the White House has been whether he meets the Constitution's requirement of being a "natural born citizen." The term is not defined in the Constitution but most likely was considered by those who wrote it to mean the offspring of two U.S. citizens.

According to that interpretation, Obama is not eligible to be president, because his father, Barack Obama Sr., never was a citizen of the United States. The questions revolve around his birth location, because he has claimed his birth in Hawaii makes him a natural-born citizen.

Obama repeatedly has refused to release a long list of documents that likely would shed like on the controversy, which heated up two weeks ago when Breitbart.com released a 1990s publicity brochure from a publishing house advertising Obama as an author.

The bio plainly stated that Obama was born in Kenya.

"We just can't ignore the Constitution," Corsi told WND.

The issue also has been shoved back into the headlines this week by multiple comments from billionaire Donald Trump, who earlier in the week blasted CNN for not reporting on the issue more accurately.

The businessman told lead political anchor Wolf Blitzer the network would improve its dismal viewer ratings if it would only report the issue of Obama's eligibility "accurately."

"Obama does not like the issue of where he was born," Trump told Blitzer in the interview. "There's something that bothers Obama very much. I will tell you: It's not an issue that he likes talking about, so what he does is use reverse psychology on people like you. ... He does not like that issue because it's hitting very close to home. You know it, and he knows it – but you don't report it accurately."

The heated exchange between Blitzer and Trump can be seen here.

*Sign the petition now to show members of Congress how many Americans demand constitutional integrity.*

Many media commentators believe Trump's comments have put Romney in an awkward position. Romney has said he believes Obama was born in the U.S., but Democrats have criticized him for not distancing himself from Trump.

Even Obama took aim at the pair by releasing a video "highlighting Mitt Romney's failure to condemn Donald Trump's over-the-line rhetoric."

"If Mitt Romney lacks the backbone to stand up to a charlatan like Donald Trump because he's so concerned about lining his campaign's pockets," the Obama campaign said, "what does that say about the kind of president he would be?"

Romney has refused to condemn Trump, saying, "You know, I don't agree with all the people who support me. My guess is they don't agree with everything I believe in. But I need to get 50.1 percent or more and I'm appreciative to have the help of a lot of good people."

For more than a year, Trump has consistently maintained he has doubts the Obama birth certificate released by the White House is genuine.

As WND reported in March 2011, Trump said Obama's presidency could be "illegal" if legitimate proof is not provided demonstrating he is indeed a "natural born citizen" of the U.S.

Trump also wondered why no doctors or nurses have come forward to announce their presence at Obama's birth.

In March and April of 2011, Trump staged a weeks-long public campaign questioning Obama's eligibility to be president, rising to the top of the pool of potential candidates for the 2012 GOP nomination as a result.

"I always said I wanted to know if it was real," Trump told WND senior reporter Corsi.

During their conversation, Trump told Corsi his own computer expert told him that the image posted online was a computer-generated document.

Then, in March, the famous billionaire heaped praise on Sheriff Joe Arpaio for the Arizona lawman's probe into the authenticity of Obama's purported birth certificate and his eligibility for office.

Following the Maricopa County sheriff's Cold Case Posse news conference March 1 in Phoenix, Trump personally penned a handwritten note of congratulations to Arpaio.

Having printed out an Associated Press report of the event that featured a photograph of Arpaio, Trump penned diagonally in the upper left hand corner, "Joe – Great going – You are the only one with the 'guts' to do this – Keep up the good fight – Donald Trump."

Corsi also told WND an intelligence source in Hawaii who warned early last year that a forged Obama birth record would be released also is reporting a forged "original" birth certificate intended to pass forensic inspection by using 1961 materials is being prepared and could be released as an "October surprise."

The source, who has contact with Hawaii government officials, was questioned by Mike Zullo, the head of Maricopa County Sheriff Joe Arpaio's Cold Case Posse team. Zullo recently returned from a trip to Hawaii to follow up on leads in the posse's investigation of Obama's eligibility for the 2012 election ballot in Arizona. Arpaio announced March 1 that his team found probable cause that the document posted by the White House April 27, 2011, is a forgery.

Zullo told WND that regardless of whether the Hawaii source's information pans out, he wants to see the original microfilm record of Obama's birth.

"If they decide to try to produce a document, we're going to be skeptical," he said. "We've been calling for the microfilm from the beginning."

The Hawaii source said ink and paper from 1961 have been secured to create an "original" document that would correspond with the digital copy posted on the White House website.

As WND reported one year ago, radical supporters of Obama have openly admitted their role in the forging of a Kenyan Obama birth certificate.

EX RE Strunk v Obama et al. DCD 2010-cv-00486

First Supplement to Amended Complaint for Quo Warranto Inquest and Jury
trial on Damages

# Exhibit d-d

**THIS IS AN IMPORTANT RECORD**
**SAFEGUARD IT.**

| PERSONAL DATA | | | | |
|---|---|---|---|---|
| 1 LAST NAME·FIRST NAME·MIDDLE NAME STRUNK CHRISTOPHER EARL | 2 SERVICE NUMBER AF11822209 | | 3 SOCIAL SECURITY NUMBER ███████ | |

| 4 DEPARTMENT, COMPONENT AND BRANCH OR CLASS AIR FORCE Reg AF | 5a. GRADE, RATE OR RANK Sgt | b PAY GRADE E5 | 6 DATE OF RANK | DAY 1 | MONTH Feb | YEAR 69 |
|---|---|---|---|---|---|---|
| 7 U S CITIZEN [X] YES [ ] NO | 8 PLACE OF BIRTH (City and State or Country) New York, NY | | | DAY 23 | MONTH Jan | YEAR 47 |

DATE OF BIRTH

**SELECTIVE SERVICE**

| 10 a. SELECTIVE SERVICE NUMBER | b SELECTIVE SERVICE LOCAL BOARD NUMBER, CITY, COUNTY STATE AND ZIP CODE | c DATE INDUCTED | | |
|---|---|---|---|---|
| 30 10 47 160 | LB#10, Mt Vernon, (Westchester), NY 10550 | DAY | MONTH NA | YEAR |

**TRANSFER OR DISCHARGE DATA**

| 11 a. TYPE OF TRANSFER OR DISCHARGE Release from active duty | b. STATION OR INSTALLATION AT WHICH EFFECTED Incirlik CDI, Turkey |
|---|---|

| 12 REASON AND AUTHORITY AFM 39-10, Chap 3, Sec B, Para 3-8m (SDN 203)& AFM 35-5 | | DAY 10 | MONTH Dec | YEAR 70 |
|---|---|---|---|---|

| 12 LAST DUTY ASSIGNMENT AND MAJOR COMMAND TUSLOG DET 2 → MAC | a. CHARACTER OF SERVICE HONORABLE | b TYPE OF CERTIFICATE ISSUED NA |
|---|---|---|

| 14 DISTRICT, AREA COMMAND OR CORPS TO WHICH RESERVIST TRANSFERRED USAFR | 15 REENLISTMENT CODE 1 |
|---|---|

| 16. TERMINAL DATE OF RESERVE/ UMT&S OBLIGATION | | | 17 CURRENT ACTIVE SERVICE OTHER THAN BY INDUCTION | | c TERM OF SERVICE (Years) | d. DATE OF ENTRY | | |
|---|---|---|---|---|---|---|---|---|
| DAY 6 | MONTH Dec | YEAR 72 | SOURCE OF ENTRY [X] ENLISTED (First Enlistment) [ ] ENLISTED (Prior Service) [ ] REENLISTED [ ] OTHER AFQT 93 | | 4 | DAY 7 | MONTH Dec | YEAR 66 |

**SERVICE DATA**

| 18 PRIOR REGULAR ENLISTMENTS NONE | 19 GRADE, RATE OR RANK AT TIME OF ENTRY INTO CURRENT ACTIVE SVC AB | 20 PLACE OF ENTRY INTO CURRENT ACTIVE SERVICE (City and State) New York, NY | | | |
|---|---|---|---|---|---|

| 21 HOME OF RECORD AT TIME OF ENTRY INTO ACTIVE SERVICE (Street, RFD, City, County, State and ZIP Code) 107 Lakeview Ave, Valhalla, (Westchester), NY 10595 | 22 STATEMENT OF SERVICE | YEARS | MONTHS | DAYS |
|---|---|---|---|---|
| | (1) NET SERVICE THIS PERIOD | 03 | 11 | 28 |
| 23a. SPECIALTY NUMBER & TITLE 25251—Weather Observer | a CREDITABLE FOR BASIC PAY PURPOSES | (2) OTHER SERVICE | 00 | 00 | 00 |
| | | (3) TOTAL (Line 1 plus Line (2)) | 03 | 11 | 28 |
| b RELATED CIVILIAN OCCUPATION AND D O T NUMBER Weather Observer 025.288 | b. TOTAL ACTIVE SERVICE | 03 | 11 | 28 |
| | c. FOREIGN AND/OR SEA SERVICE | 01 | 09 | 03 |

| 24 DECORATIONS, MEDALS, BADGES, COMMENDATIONS, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED |
|---|
| NDSM AFGCM(7Dec66-6Dec69) SAEMR SO-43, 89 MAW, 1967 |

| 25 EDUCATION AND TRAINING COMPLETED Basic Mil Tng Crs ABM 00010, Compl-67   Wea Obsv Crs AZR 25231, Compl-67 Upgrade Tng Gen Subj Crs ECI 10000, Compl-67 Weather Observer Crs ECI 25251, Compl-68 Rawinsonde Operator Crs AZR 25251-1, Compl-67 | RECORDED FILED FEB 25 1998 WILBUR A. LEVIN KINGS COUNTY CLERK CERTIFIED COPY ISSUED |
|---|---|

**VA AND EMP. SERVICE DATA**

| 26 a. NON-PAY PERIODS/TIME LOST (Preceding Two Years) No Time Lost | b DAYS ACCRUED LEAVE PAID 52 | 27a. INSURANCE IN FORCE (NSLI or USGLI) [ ] YES [ ] NO | b. AMOUNT OF ALLOTMENT $ NA | c. MONTH ALLOTMENT DISCONTINUED NA |
|---|---|---|---|---|
| | 28 VA CLAIM NUMBER C- NA | 29 SERVICEMEN'S GROUP LIFE INSURANCE COVERAGE [X] $10,000 [ ] $5,000 [ ] NONE | | |

**REMARKS**

| 30 REMARKS College — Completed 1 year.  Blood Group A-POS.  G-90, A-95, M-85, E-95 – Date Unknown NAC, 9Jan67, DOD NAC Center, File # Unknown, Ft Holabird, MD.  LIBER 692 PAGE 101 |
|---|

**AUTHENTICATION**

| 31 PERMANENT ADDRESS FOR MAILING PURPOSES AFTER TRANSFER OR DISCHARGE (Street, RFD, City, County, State and ZIP Code) 602 Hibiscus Dr, Deerfield Beach, (Broward), FL 33441 | 32 SIGNATURE OF PERSON BEING TRANSFERRED OR DISCHARGED |
|---|---|
| 33 TYPED NAME, GRADE AND TITLE OF AUTHORIZING OFFICER RICHARD H BOYD, 2nd Lt, USAF Chief, Personnel Affairs | 34 SIGNATURE OF OFFICER AUTHORIZED TO SIGN |

| DD FORM 214 JUL 66 | PREVIOUS EDITIONS OF THIS FORM ARE OBSOLETE #83366 | ARMED FORCES OF THE UNITED STATES REPORT OF TRANSFER OR DISCHARGE | 4 |
|---|---|---|---|

.

EX RE Strunk v Obama et al. DCD 2010-cv-00486

First Supplement to Amended Complaint for Quo Warranto Inquest and Jury
trial on Damages

# Exhibit e-e

12-20-00  19:47  CE STRUNK                    ID=718 574 7701                    P.01

## State of New York
# ═════Legislative Resolution═════



Senate No. 1073                                             Assembly No. 1249
BY: Senator Connor                                          BY: Mr. Lentol

COMMENDING Christopher Strunk and the New
York State Facilities Development Corporation

WHEREAS, Attendant to the praise expressed by Rabbi Ch. M. Stauber, Executive Director of Pesach Tikvah, Inc., honoring Christopher Strunk and the effort of the New York State Facilities Development Corporation, it is the sense of this Assembled Body to commend a construction engineer and staff of truly magnanimous conduct and bearing; and

WHEREAS, Christopher Strunk, a construction engineer for the New York State Facilities Development Corporation, and his competent staff did, so singularly labor to assure the successful development of the community residence at 274-276 Division Avenue, Brooklyn, New York; and

WHEREAS, This residence is a facility, with a home-like decor, housing fourteen female residents, each of whom is emotionally disadvantaged; the facility is part of Pesach Tikvah, Inc., under the direction of Rabbi Ch. M. Stauber, Executive Director; and

WHEREAS, This Assembled Body is justly proud of its commitment to the emotionally disadvantaged; it is, moreover, seriously committed to the consummate efflorescence of human dignity; and

WHEREAS, Pesach Tikvah, Inc. so truly mirrors an unremitting resolve, a total commitment to those suffering from emotional retardation; and

WHEREAS, Christopher Strunk did perform above and beyond the responsibilities of job and duty; Chris' personal concern for the successful implementation of the program of *Pesach Tikvah, Inc.* honors *every citizen of this Empire State*; and

WHEREAS, It is for his perception of the value and worth of others, for his innate and ingenuous concern for the preservation and enhancement of human dignity that this Assembled Body commends Christopher Strunk and the competent staff of the New York State Facilities Development Corporation; and

WHEREAS, The dedication ceremony for the facility is tentatively planned for Thursday, June thirteenth, nineteen hundred eighty-five; Christopher Strunk will be cited for special honor; and

WHEREAS, Through his unselfish dedication and competent discharge of duty, Christopher Strunk has brought enduring honor to the New York State Facilities Development Corporation; now, therefore, be it

RESOLVED, That this Legislative Body pause in its deliberations and most joyously commend Christopher Strunk and the staff of the New York State Facilities Development Corporation, extending, in turn, our most sincere wish for the consummate success of Pesach Tikvah, Inc.; and be it further

12-20-00   19:48   CE STRUNK                    ID=718 574 7701                    P.02

- 2 -

RESOLVED, That copies of this Resolution, suitably engrossed, be transmitted to Rabbi Ch. M. Stauber, Executive Director of Pesach Tikvah, Inc., 274-276 Division Avenue, Brooklyn, New York 11211; to Christopher Strunk, Construction Engineer, and to Bruce H. Hoffman, Director, Division of Construction, New York State Facilities Development Corporation, 44 Holland Avenue, Albany, New York 12229.

ADOPTED IN SENATE ON                      By order of the Senate,
May 21, 1985

                                          *Stephen F. Sloan*

                                          Stephen F. Sloan, Secretary

ADOPTED IN ASSEMBLY ON                    By order of the Assembly,
May 20, 1985

                                          *Francine M. Misasi*

                                          Francine M. Misasi, Clerk



EX RE Strunk v Obama et al. DCD 2010-cv-00486

First Supplement to Amended Complaint for Quo Warranto Inquest and Jury
trial on Damages

# Exhibit f-f

Document Provided by the American Patriot Foundation       safeguardourconstitution.com

November 20, 2009

Primary Care
DiLorenzo TRICARE Health Clinic

MEMORANDUM FOR General Casey, Chief of Staff, U.S. Army

SUBJECT:  Complaint of Wrongs Under Article 138, UCMJ (AR 27-10)


1.  I would like to officially submit a complaint under Article 138, UCMJ against General Casey,
    Chief of Staff of the Army.  I believe General Casey is following and promulgating invalid
    and/or illegal orders from a person that is not eligible to be the Commander-in-Chief of our
    Armed Forces.

2.  I do not believe there is sufficient evidence to conclude that Barrack Obama is a Natural Born
    Citizen to be eligible to hold the office of President of the United States and Commander-in-
    Chief of our Armed Forces.  Therefore, all orders directed by or guidance followed by order of
    Barrack Obama are invalid orders, and General Casey is violating his Oath of Office.  General
    Casey is also making it impossible for all Officers under him to uphold their Oath of Office.

3.  I request that General Casey formally address all Officers of the Army with a statement and
    verifiable evidence that we are not in violation of our sworn Oath of Office, UCMJ, or the
    Constitution, by serving under our current Commander-in-Chief.  The verifiable evidence could
    consist of Barrack Obama's long form (vault copy) of his Birth Certificate, school transcripts,
    applications for financial aid, selective service records and Passport records.  In the absence of
    verifiable evidence of eligibility for Barrack Obama to hold the Office of President, he should
    be given no more rights or privileges than another citizen or resident (legal or illegal).  He
    would not be able to relieve any Officer nor would he require impeachment by Congress, as he
    should not have been eligible to be elected.

4.  I believe that if our Commander-in-Chief is not eligible to hold the Office of the President, there
    is a core breakdown in our chain of command.  This leads to concerns that all Officers in the
    military are no longer upholding their Oath of Office, and may be directly or indirectly carrying
    out orders given by a person that does not lawfully hold a position of Command, thereby
    bringing to question whether the orders are lawful orders.  These orders may not be direct
    orders, but most likely are indirect, strategic and organizational, but nonetheless, are orders that
    can have direct effects upon all Soldiers and me.

5.  I believe there could be a violation of law or regulation by requiring me and other Officers to
    follow commands that are issued by someone that may not be a lawful Commander.  This
    personally affects me and could affect my loyalty to uphold the Constitution and orders from my
    chain of command.  There is significant evidence or unanswered speculation that Mr. Obama is
    not eligible to have been elected to the Office of the President and serve as our Commander In
    Chief.

6. Reviewing FM 6-22 Army Leadership (especially most of chapter 2, para 4-73 thru 4-77) grounds me in my belief that I have a duty to submit this concern. I have agreed to live by the Army Values of LDRSHIP, and these values directly apply: Loyalty- *Bear true faith and allegiance to the U.S. Constitution, the Army, your unit, and other Soldiers;* Selfless Service- *Put the welfare of the Nation, the Army, and subordinates before your own.* Integrity- *Do what's right—legally and morally.* I also have agreed to expect the same from my Leaders.

7. I have not received formal guidance from supervisors, chain of command, nor military legal advisors as of yet. My request from these sources for guidance has been lacking in my perception. I state this fact only as requesting leniency if there is some procedural error that I may need to correct, or the need to add, delete or change any supporting documentation. I attempted to make this complaint within 90 days of recognizing the wrong through my previous chain of command, but was told I had no recourse.

8. If General Casey were unable to address this complaint, I would expect that this complaint be forwarded to the Commander exercising court-martial jurisdiction over General Casey. I would expect appropriate action to be taken to correct the possibility that General Casey is following and promulgating invalid/un-Constitutional orders and therefore subjugating all Army Officers to unlawful orders and inability to uphold their Oath of Office.

9. I have attached 2 supporting documents that I believe are open source or permission has been implied that they may be used for purposes similar to this request. I believe they provide a quick summary of concerns and provide links to other sources of information. I do not necessarily subscribe to all the information or views contained in them, only that they serve as a concise source of opinion and other references that may be explored. If any are deemed not admissible, I would ask for a few days allowance to obtain official permission or find other sources of information.

10. This is an important issue for me to address and I think it affects all Officers and Soldiers. I will continue to be the valued Soldier/Officer that I think I have been for the past 15 years. I do not seek any grandstanding or publicity for this action; I only feel that this is important enough to my Oath of Office and my loyalty to our Country and Constitution to address this.

11. If this complaint cannot be addressed in a proper manner under the Constitutional Laws or UCMJ, I will have to conclude that my Oath of Office has been made impossible for me to uphold, by action or inaction of the U.S. Army. My Oath, and all contractual agreements will be invalidated. I would retain the right to consider legal recourse to recover all pay and future benefits that would be lost by the one-sided alteration/invalidation of my Oath/contracts with the Army, DoD and the U.S. Government.

Terry L. Lakin DO, MPH
LTC, MC  Chief, Primary Care, DTHC

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

EX RE Strunk v Obama et al. DCD CASE  10-cv-0486  (RCL)

## CERTIFICATE OF SERVICE

On August 9,  2012, I, Christopher Earl Strunk, under penalty of perjury pursuant to 28 USC 1746, caused the service of a copy of the EX RE Plaintiff Notice of Motion to Re-argue and file a first supplement with supporting affidavit affirmed August 8, 2012 with to the Proposed Amended the Complaint with the proposed first supplement affirmed August 8, 2012 annexed with exhibits a-a through f-f  with a complete set placed in a sealed folder properly addressed with proper postage served with *Urgent Legal Service Personal and Confidential under seal* written in the envelope lower left corner for delivery by the USPS certified with return receipt mail upon:

Eric Holder, U.S. Attorney General
The US Department of Justice
950 Pennsylvania Ave., N.W.
Washington, DC   20530

Barack Hussein Obama II in esse
c/o The White House
1600 Pennsylvania Avenue NW
Washington, DC 20500

Eric M. Thorson
Inspector General for the
U.S. Department of Treasury
1500 Pennsylvania Avenue N.W.
Washington, DC 20220

Richard L. Skinner
Inspector General for the
U.S. Department of Homeland Security
Washington Navy Yard Bldg 410,
245 Murray Drive W.S.W.
Washington DC 20528

Marco Ciavolino
Enktesis, LLC
1603 Belvue Drive
Forest Hill, MD 21050-2508

I do declare and certify under penalty of perjury:

Dated: August _9_ , 2012
Brooklyn, New York

Christopher-Earl : Strunk in esse
593 Vanderbilt Avenue - #281
Brooklyn., New York 11238
(845) 901-6767  Email: chris@strunk.ws