# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

---------------------------------------------------------------x
In the Quo Warranto and Qui Tam matter of the §
United States of America (USA) and ex relator §
**Christopher-Earl: Strunk in esse,** §     Civil Action: 10-cv-00486 (RCL)
593 Vanderbilt Avenue - #281 §
Brooklyn., New York 11238 §
(845) 901-6767  Email: chris@strunk.ws §
 §
                                     **Plaintiff,** §
v. §
 §
**Barack Hussein Obama II (a.k.a Barry Soetoro)** §
c/o The White House §
1600 Pennsylvania Avenue, N.W. §
Washington, District of Columbia  20500; §
 §
**U.S. Department of Homeland Security (DHS)** §
Washington Navy Yard Bldg 410, §
245 Murray Drive W.S.W. Washington DC 20528 §
 §
**U.S. Department of Treasury (DOT)** §
1500 Pennsylvania Avenue N.W. §
Washington, DC 20220; §
 §
and   John and Jan Doe(s); XYZ Entities §
 §
                                     **Defendants.** §
 §
---------------------------------------------------------------x

*Let this be filed.*
*Royce C. Lamberth*
*U.S.D.J. 8/16/12*

**CPT PAMELA BARNETT, U.S. Army Retired, NOTICE OF MOTION TO INTERVENE**

**AS A WHISTLEBLOWER PLAINTIFF WITH A PROPOSED SUPPLEMENT TO**

**THE PROPOSED AMENDED COMPLAINT.**

<u>PLEASE TAKE NOTICE</u> that upon the annexed affidavit of Pamela Barnett, pro se, affirmed

August 14, 2012 will move this Court to intervene as a Whistleblower plaintiff with EX RE

Plaintiff Strunk before Chief District Judge Royce C. Lamberth and to file intervener's

1



RECEIVED
Mail Room

AUG 1 5 2012

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

supplement to the proposed first amended complaint and for release of Summonses at a time afforded by the Court if necessary at the United States Courthouse, at 333 Constitution Avenue NW Washington District of Columbia, on the day and month in 2012, at a time and courtroom designated by the court, or as soon thereafter as counsel can be heard.

Dated: August 14, 2012
Placer California

Pamela Barnett, pro se
2230 Sunset Blvd., Ste. 340-160
Rocklin, CA, 95765

cc: listing of service to follow

Eric Holder, U.S. Attorney General
The US Department of Justice
950 Pennsylvania Ave., N.W.
Washington, DC 20530

Barack Hussein Obama II in esse
c/o The White House
1600 Pennsylvania Avenue NW
Washington, DC 20500

Richard L. Skinner
Inspector General for the
U.S. Department of Homeland Security
Washington Navy Yard Bldg 410,
245 Murray Drive W.S.W.
Washington DC 20528

Eric M. Thorson
Inspector General for the
U.S. Department of Treasury
1500 Pennsylvania Avenue N.W.
Washington, DC 20220

Christopher-Earl: Strunk in esse
593 Vanderbilt Avenue #281
Brooklyn, New York 11238

EX RE Strunk v Obama et al. DCD 2010-cv-00486

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

------------------------------------------------------------x
In the Quo Warranto and Qui Tam matter of the §
United States of America (USA) and ex relator §
**Christopher-Earl: Strunk in esse,** §         **Civil Action: 10-cv-00486 (RCL)**
593 Vanderbilt Avenue - #281 §
Brooklyn., New York 11238 §
(845) 901-6767 Email: chris@strunk.ws §
§
                                        **Plaintiff,** §
v. §
§
**Barack Hussein Obama II (a.k.a Barry Soetoro)** §
c/o The White House §
1600 Pennsylvania Avenue, N.W. §
Washington, District of Columbia 20500; §
§
**U.S. Department of Homeland Security (DHS)** §      *Let this be filed.*
Washington Navy Yard Bldg 410, §                      *Royce C. Lamberth*
245 Murray Drive W.S.W. Washington DC 20528 §
§                                                     *U.S.D.J.   8/16/12*
**U.S. Department of Treasury (DOT)** §
1500 Pennsylvania Avenue N.W. §
Washington, DC 20220; §
§
and   John and Jan Doe(s); XYZ Entities §
§
                                        **Defendant.** §
§
------------------------------------------------------------x

CPT Pamela Barnett, Retired NOTICE OF MOTION TO INTERVENE AS A

WHISTLEBLOWER PLAINTIFF WITH A PROPOSED SUPPLEMENT TO THE

PROPOSED AMENDED COMPLAINT.

STATE OF CALIFORNIA  )
                                        ) ss.
COUNTY OF PLACER  )

Accordingly, I, **CPT Pamela Barnett, Retired**, being duly sworn, depose and say under penalty of perjury:

Pamela Barnett's Affidavit in support of Intervention   Page 1 of 6

EX RE Strunk v Obama et al. DCD 2010-cv-00486

1. That Petitioner Pamela Barnett ( hereinafter Petitioner ) is a natural person who is a retired Army Captain and U.S. Citizen over 21 years of age with her place for service at 2230 Sunset Blvd., Ste. 340-160, Rocklin, CA, 95765.

2. Petitioner Barnett is self represented without an attorney, and make this affidavit in support of intervention as of right with Federal Rules of Civil Procedure (FRCvP) Rule 24(a) as a Whistleblower Plaintiff Intervener under the False Claims Act (FCA) with her Supplement to the First Supplement to the Amended Complaint herewith annexed with Exhibit 1 through Exhibit 5, and is done in support of EX RE Plaintiff Christopher Earl Strunk in esse (EX RE Plaintiff Strunk) motion for reconsideration of the order of July 31, 2012 to dismiss and unseal filed with the clerk of the August 10, 2012 (see **EX RE Strunk's NOM to Re-argue annexed with exhibits a-a through f-f**) in the matter of the release of summonses and leave to file the annexed First Supplement with Exhibits a-a- through f-f affirmed August 8, 2012 to the proposed Amended Complaint with Exhibits A through Z affirmed July 5, 2012, that EX RE Plaintiff Strunk has safely posted at http://www.scribd.com/doc/101963433/DCD-RCL-2010-cv-00486-EX-RELATOR-STRUNK-v-OBAMA-et-al-Quo-Warranto-Qui-Tam-Conspiracy-to-violate-civil-rights .

3. That Petitioner Barnett is in privity with EX RE Plaintiff Strunk as a member of a special class that requests leave of the Court as an alternative that this affidavit is also in support of intervention with permission with FRCvP Rule 24 (b), in that Barack Hussein Obama II and his agents have also retaliated against Affirmant as a Whistleblower, and that my intervention in the subject claim is materially essential for EX RE Plaintiff Strunk's Quo Warranto and Qui Tam action herein as Petitioner describes and explains in the annexed Proposed Supplement affirmed August 13, 2012 with Exhibit 1 through Exhibit 5 herewith with supplemental causes of action to be added to EX RE Plaintiff Strunk's First Supplement to the Proposed Amended Complaint affirmed July 5, 2012 and August 8, 2012 to amend the Complaint filed on March 24, 2010 respectively, and that Petitioner is a necessary party to clarify the transactions and injuries similarly alleged by EX RE Plaintiff Strunk that without same would further infringe upon Petitioner's and Plaintiff's rights and property.

EX RE Strunk v Obama et al. DCD 2010-cv-00486

4. That to the extent Petitioner's rights liberty and property is directly effected also apply personally, Petitioner has read and understands EX RE Plaintiff Strunk's filings posted at http://www.scribd.com/doc/101963433/DCD-RCL-2010-cv-00486-EX-RELATOR-STRUNK-v-OBAMA-et-al-Quo-Warranto-Qui-Tam-Conspiracy-to-violate-civil-rights ;

5. That the United States Military officer's oath of office for Officers in the service of the United States are bound by this oath to disobey any order that violates the Constitution of the United States and that Pamela Barnett affirmed the lifetime officers oath when becoming commissioned by Congress as an officer in the United States Army by solemnly affirming quote that:

> "I, [name], do solemnly swear (or affirm) that I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. So help me God."

6. Since 2008, Petitioner Barnett had asked through an available Congressional representatives effecting the chain of command and her own Congressional delegation for proof that President Barack Hussein Obama II (Defendant Obama) is Constitutionally eligible to serve as his Commander-in-Chief under U.S. Constitutional Article 2 Section 1 Paragraph 5 as Defendant Obama admits that upon his birth on August 4,1961 his father is a British subject married to a minor aged U.S. Citizen Mother, and notwithstanding where the birth location is as a prima facie matter he is not a "natural-born Citizen" (NBC); and

7. Further Petitioner Barnett's concern that when there is not a strict compliance with the vetting of a candidate for office of POTUS for NBC status compliance beforehand as with his oath as an officer is a grave national security threat; and

8. Further Petitioner Barnett holds that the officer's oath is of an express higher order qualitatively when taken and is quite different than the oath of the POTUS who merely serves as the corporate executive caretaker temporarily who: "*will faithfully execute the office of President of the United States, and will to the best of my ability, preserve, protect and defend the Constitution of the United States*", and compares differently as a lower measure of assurance dependent upon the actions of Congress with that of

EX RE Strunk v Obama et al. DCD 2010-cv-00486

the higher standard of the Officer's lifetime oath to God who provides each U.S. Citizen inalienable rights for life, not a POTUS or mortal of mere flesh and blood of Congress "*will support and defend the Constitution of the United States against all enemies, foreign and domestic, that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter, so help me God*";

9. Furthermore, that the Affirmant Petitioner Barnett, is bound by the duty for life to include a POTUS usurper as part of *enemies foreign and domestic* by definition.

10. That the Petitioner is an individual citizen member of the People of the USA, who is also a member of the special class of those who have affirmed an oath of allegiance support and protect the US Constitution against all enemies foreign and domestic that warrants that the USA conduct an inquest Quo Warranto and Qui Tam jury trial in that Ex relator Plaintiff Strunk is deemed to represent the USA for Joseph R. Biden to act with the 25th Amendment; and

11. That on January 6, 2009 CPT Pamela Barnett Retired notified Congress and members of the Armed Services Committee and Senator Diane Feinstein (see proposed Supplement **Exhibit 1**) of Defendant Obama's ineligibility for POTUS; and that by doing so Pamela Barnett became a whistleblower who in effect challenges Defendant Barack Hussein Obama's right to claim payments and benefits from the U.S. Department of Treasury while usurping the office of the President of the United States (POTUS) and posing as the commander –in chief of the armed forces in the chain of command with CPT Pamela Barnett Retired, and as such must be considered a Complaint about the chain of command against the requirement of the U.S. Constitution.

12. For almost 4 years Petitioner Barnett pursued the issues through every standard procedure to which access, in every case Petitioner Barnett was ignored or stonewalled, and subjected to gaslighting, coercion as exampled by the letter of Senator Feinstein shown as proposed Supplement Exhibit 2, and wrongful retaliation even in procedures where responses were legally or procedurally required.

13. That Defendant Obama and his agents repeatedly conducted psychological abuse against

Pamela Barnett's Affidavit in support of Intervention   Page 4 of 6

EX RE Strunk v Obama et al. DCD 2010-cv-00486

Petitioner Barnett in the matter of her whistleblowing try to convince Petitioner Barnett to acquiesce and violate her officer's oath and duty to God and Country by continuing their delay tactics and the non/mal/ feasance in addressing the national security concern of having a usurper POTUS with foreign allegiances that is highly subject to blackmail.

14. Defendant Obama and his agents including those within Petitioner Barnett's special class of whistleblowers and her chain of command, intentionally inflicted emotional distress by violating the Whistleblower Protection Act of 1989 as a United States federal law that protects federal whistleblowers who work for the government and report agency misconduct and that Defendant Obama, his agents and those cooperating within Petitioner Barnett's chain of command willfully abstained from investigating and prosecuting Obama's usurpation.

15. That the fraud exception to Rooker-Feldman Doctrine that Strunk invokes also applies to barring use of res adjudicata preclusion to Petitioner Barnett herein as with the use of the False Claims Act (31 U.S.C. §§ 3729–3733) as an American federal law that imposes liability on persons and companies (typically federal contractors) who defraud governmental programs. The law includes a "qui tam" provision that allows people who are not affiliated with the government to file actions on behalf of the government (informally called "whistleblowing"). Persons filing under the Act stand to receive a portion (usually about 15–25 percent) of any recovered damages.

16. That Petitioner was and is the whistleblower in privity with Barack Hussein Obama II and his agents who were and are in the chain of command of the U.S. military, and

17. That Defendant Obama, and Obama's agents with various John Jane Doe(s) and XYZ entities including the US Department of Homeland Security and US Department of Treasury have intentionally inflicted emotional distress injury of Petitioner and Whistleblower Strunk along with those similarly situated including those with different claims and damages by non/mis and malfeasance have by breach of their fiduciary duties and oath to uphold the law of the land outrageously injure Plaintiff by their intentional infliction of emotional distress (IIED); and that Defendant(s) acted intentionally or recklessly to injure Plaintiff; Defendant's conduct was extreme and outrageous; Defendant's act is the cause of the

Pamela Barnett's Affidavit in support of Intervention Page 5 of 6

EX RE Strunk v Obama et al. DCD 2010-cv-00486

distress; and Plaintiff suffers severe emotional distress as a result of Defendant's conduct along with that of their counsel has acted in bad faith.

18. That as a result of spoliation, concealment, misrepresentation and fraud, Barack Hussein Obama II and his agents usurp POTUS, and legally lack constitutional consent to exercise authority over the power of attorney to administer the United States of America and duties of commander–in-chief, and as a supplemental eighth cause of action have intentionally inflicted emotional distress upon Ex Relator Whistleblower among those similarly situated and warrants a rehearing to clarify the matter for the Court.

**WHEREFORE**, Petitioner Barnett pro se on her own behalf as proposed intervener plaintiff whistleblower joins EX RE Plaintiff Strunk on behalf of the Government of the United States of America and Vice President Joseph R. Biden to request this Honorable Court order:

a. That the Petitioner Intervener Plaintiff Whistleblower status is an essential party in support of EX RE Plaintiff Strunk Quo Warranto Qui Tam action herein;
b. That the Petitioner's Supplement to EX RE Plaintiff Strunk's First Supplement to the proposed Amended Complaint be filed by the clerk;
c. That the clerk release the Summonses for service by the U.S. Marshal Service;
d. That Let the expedited Quo Warranto inquest be done and attended by the named parties before the National Conventions of either party;
e. That Petitioner is innocent of any frivolous conduct in his use of the NBC Federal issue associated with my challenge to the eligibility of Barack Hussein Obama II presently usurping the POTUS and duties of commander-in chief;
f. Once an order has been rendered let Ex-relator Plaintiff Strunk and Intervener Whistleblower Petitioner to proceed to appoint an attorney or special master to recover funds from Barack Obama and his agents if any under Qui Tam provisions presented before a Jury
g. and for different and other relief that the Court deems necessary.

Pamela Barnett
2230 Sunset Blvd. Ste. 340-160
Rocklin, CA, 95765

Sworn to before me
This 14 day of August 2012

ALEX SANDVIK
Commission # 1923664
Notary Public - California
Placer County
My Comm. Expires Jan 29, 2015

Notary Public

Pamela Barnett's Affidavit in support of Intervention    Page 6 of 6