## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CHRISTOPHER-EARL STRUNK )<br><br>Plaintiff )<br><br>v. )<br><br>BARACK HUSSEIN OBAMA, et al., )<br><br>Defendants. ) | Civil No. 10-486 (RCL)<br><br>**FILED**<br><br>AUG 1 7 2012<br><br>Clerk, U.S. District & Bankruptcy<br>Courts for the District of Columbia |

## ORDER

Plaintiff Christopher-Earl Strunk's Motion [8] to Reconsider this Court's Order of July 31, 2012, denying plaintiff's request for leave to file an amended complaint, is hereby **DENIED**.

The Motion of Pamela Barnett to Intervene and to supplement the proposed amended complaint is also **DENIED**.

**SO ORDERED** this _16th_ day of August 2012.

ROYCE C. LAMBERTH
Chief Judge
United States District Court